# Exhibit 1
## Letter from Mr. Ryan Cooper

The Honorable Ketanji Brown Jackson
United States District Court for the District of Columbia
333 Constitution Avenue NW, Washington, DC 20001

February 15, 2021

Dear Your Honor,

    I committed a very serious and damaging crime and knowing that hangs on my heart. And it always will. With the benefit of introspection and therapy during the period between the execution of the search warrant and our first hearing, I came to realize fully the dire implications of my actions—that the children depicted in the media I consumed are victims and survivors of traumatic, world-upending sexual abuse that will haunt them forever, and that by participating in the market for this material, I perpetuated harm against those survivors and added to their suffering.

    One would think that I'd have known better as a two-time survivor of sexual assault myself. I cannot express how much I wish I had. Therapy has led me to realize that those incidents in my life made me more susceptible to viewing sexual activity in general as unremarkable, desensitizing me to the abject horrors I was witnessing. Therapy has also given me the tools to make sure that I *never* do anything like this again.

    When I committed this terrible crime, it was a different time in my life. Darker. Lonelier. I was isolated from my friends and family and didn't believe that they truly loved me. I was openly discussing suicidal ideation with my therapist in the weeks leading up to the execution of the search warrant. One upside to this prosecution is that it helped me realize that I was never truly alone. I have enjoyed an outpouring of affection and support from my loved ones while I've awaited sentencing, and it has truly changed my perspective on life. The benefits of my new medication regimen are also palpable, and I hope I will be able to stay on it while I serve my sentence.

    I have tried to make the most of my time while awaiting my plea/sentencing hearing. While on pre-sentence release before the pandemic, I volunteered at the DC Central Kitchen and was offered a promotion on my second shift. After the pandemic hit, volunteer operations at DCCK shut down and I was left to self-isolate in my apartment—along with the rest of the world—but without the ability to connect with loved ones through the internet. Thankfully, my mother and father stayed with me for months, helping me cope with the isolation.

    By this Court's grace, I was granted permission to pursue gainful employment, which I secured after 153 job applications. (I learned that it was challenging to get a job in software sales amid a recession). In that role, for a company that focuses on serving needful organizations like the World Bank, the Bill & Melinda Gates Foundation, and the Johns Hopkins University Coronavirus Research Center, I served as the sole sales professional, and developed their entire sales infrastructure from scratch. After some months, I was recruited by a former business associate to join his booming business intelligence consultancy firm, where I continue to work today as both an Account Executive and as the owner of the relationship between the company and one of our most strategic technology partners, where I used to work. While I have been productive, each and every day in these roles has sucked an ounce of my soul away from me—knowing that I have no future at these companies and dreading the day that I'd have to

suddenly resign at some point following sentencing. I have a poor self-image, so work and success at it is a major component to my mental stability.

Through therapy, I have learned that trauma wrests power and control from us. I certainly felt powerless during the time that I was in Seattle, when I first got involved in child sexual exploitation material. I relocated over 3,000 miles away from my closest loved one, and I found it challenging to make friends in Seattle despite my sincerest efforts. As a consequence, I became more withdrawn and less attached to the community and norms of behavior. At about the same time, I was prescribed a medication that made me feel like I was operating myself like a machine—it was like being a distanced puppeteer. What's worse: I didn't seek a psychologist to talk about how despondent I was feeling. I believe that this environmental and pharmacological change, in addition to my preexisting psychiatric disability (Bipolar II, generalized anxiety disorder, and panic disorder) and history of sexual trauma coalesced and led me to a state of disinhibition, made me susceptible to poor moral judgment, and resulted in my crimes. I say this not to excuse myself, but in the hopes that it will demonstrate that my behavior was aberrant.

By way of conclusion, one of my mentors once told me that, "when you've walked four miles into a deep, dark wood, you have to walk four miles to get back out." His words seem fitting for my situation. I meandered aimlessly down a path that led me to illegal activity. I got lost and I made detestable decisions. And now, I write to Your Honor today to answer for my loathsome conduct and continue my long hike out of the dark woods.

What I wish more than anything, Your Honor, is for the world to see that my illegal conduct is not a reflection of my true character, so much as a cautionary tale about the dangers of social isolation and lack of mental health seeking behaviors. I am not a predator and I do not have a predilection for minors, which has been corroborated by three mental healthcare professionals. I am certainly no career criminal. This will not happen again, ever.

Thank you so much for reviewing my letter.


With respect and gratitude,

Ryan Cooper