# Exhibit 4

## Sentencing Letters

# Exhibit 4A

## Letter from Carol Adey

March 3, 2020

The Honorable Ketanji Brown Jackson

United States District Court

District of District of Columbia

333 Constitution Avenue N.W.

Washington, D.C. 20001

Judge Brown Jackson,

Please allow me to introduce myself, my name is Carol A. Adey. Until my retirement a year ago at age 72, I was the New England Executive Director for 20+ years of a professional corporate real estate organization, CoreNet Global with 10,000 members world-wide. Through this organization, I first became a business associate of Suzanne Cooper (Ryan Cooper's Mother and the current President of the New England Chapter of CoreNet Global). Our relationship grew over the years from business associate, to client, to dear friend.  We shared the bond of being a Mom to Sons and as such, we grew closer because of our real estate tie and the continued stories of raising boys. I felt as if I knew and admired Ryan through the updates and photos Suzanne would share. I marveled at Ryan's accomplishments and academic successes and admired the private high school  he attended. I was thrilled to hear (albeit not at all surprised) that he was accepted to The George Washington University in DC.

I would like to share the day I was able to meet Ryan in person. Suzanne and I, along with a few of our organization's executive team, traveled to DC to attend a professional conference held at Georgetown University.  On the Sunday of the conference weekend, the group had some extra time and I decided to search for a location to have Sunday Brunch together. I recalled Suzanne mentioning Ryan worked at the restaurant Sequoia (a place I had always wanted to visit). I asked her if she might be able to get us a table on short notice (I had forgotten that Ryan had been promoted to a management position).

As a group we were thrilled to have a fantastic location on the deck arranged by Ryan along with amazing staff that one by one came over to say hi (I am sure mostly to Suzanne) and to hear how each one had wonderful accolades to share about Ryan.  I was sad to hear that Ryan was not working when we arrived and would not  be in until  later in the day.  As luck would have it, Ryan changed his plans and arrived early so that he could meet us all. I have a wonderful photo that was taken of  Ryan and I, which I love to this day. If I had better technology skills, I would have liked to share it with you. In the photo, you would see a very well-dressed gentleman with a wonderful hug for a lady he was meeting for the first time and made me feel very, very special.

The story does not end there. As I was preparing to pay the check, you might imagine my shock when our server told me that the check had been covered by Ryan. I mention this to support what Suzanne had often shared with me about Ryan's acts of kindness and generosity.

I am pleased to say that my path crossed with Ryan a few years later while this real estate group was at another conference held at the Gaylord at Washington Harbor and yet again another year while in Seattle. At each meeting, Ryan always greeted me with a wonderful warm hug and a way of making me feel as if I were a part of his family.

In my professional role, I have encountered many young people of Ryan's generation who could benefit from taking a page from Ryan's demeanor and grace.

If I were granted a wish, it would be to allow Ryan to continue his treatment and be able to aid society with the talents and attributes he possesses. It would be a cruel event if this situation caused his kind heart to be hardened by incarceration. Mercy is also justice.

Thank you for listening. Your Honor, should be there be any additional comments that you might want from me-I am available 24/7 at my cell ██████████ r email ██████████████

Sincerely yours,

Carol A. Adey

██████████████

Moultonborough, NH 03254

# Exhibit 4B

## Letter from _____ Binder

March 6, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

I am writing this letter in support of Ryan Cooper, a family friend of 20 years. I would like to begin by stating that I do not deny or condone Ryan's actions. I am an honest, law-abiding citizen, with full respect for the legal system. Growing up with Ryan, I would never have imaged for him to be in this predicament. I feel compelled to shed light on his true character during this time as he is a valuable member of society and so much more than his recent actions depict. He is kind, intelligent, trustworthy and hard working. I consider him to be a lifelong friend and a brother.

As mentioned, the Cooper Family has been a part of my life from a very young age. From family vacations and holidays to major milestones, we have always been a large part of each other's lives. Ryan attended boarding school and we later attended different universities, but we would always see each other over breaks and summer vacation. Our families were in constant contact and despite being in different places, we always had the ability to pick things back up as if no time had passed. Ryan has a great sense of humor, a thoughtful demeanor, and he brings kindness, wit and balance to our group. Growing up, he always managed to tame sibling rivalries. He was, and still is, a very levelheaded mediator and confidant.

Although my childhood view of Ryan may be joyful and lighthearted, he has had to overcome many struggles in his lifetime. While we were all very accepting when Ryan came out as gay, we know he was not met with acceptance on all fronts. Away from home, Ryan was met with unacceptance from his classmates. He was the victim of assault and all the while was working to understand and cope with his own mental health. He was later diagnosed with bi-polar disorder but did not let any of this define him. With every obstacle, Ryan has continued to display kindness, resiliency and unrelenting work ethic. Ryan has great determination and has demonstrated this through his academic achievements and professional accomplishments at Tableau. Everyone that knows Ryan can attest to his genuine spirit, his compassion, and his ambitious nature.

Ryan is not proud of his actions and is eager to make amends and lead a productive life. As he navigates his new circumstances, he has done so with honesty and humility. I respectfully ask for your compassion and leniency in sentencing Ryan. Incarceration would not only be a disservice to him, but a disservice to the greater community. Ryan does not have any prior entanglements with the law and these recent actions do not reflect his true moral character. In all my years knowing Ryan, I full heartedly do not believe Ryan poses any risk and this offense will not be repeated. I know Ryan's mental health providers have also confirmed that he does not pose any threat to the community. Although I do not have children at the moment, when the time comes, I fully expect Ryan and his family to be a part of my children's lives. I am comfortable and fully confident in the safety of my children around Ryan. I believe Ryan's compassion, kindheartedness, wisdom, and wit would benefit them as it did me.

Thank you for taking the time to read this letter. I hope it provides you with insight and a deeper understanding of who Ryan truly is. Everyone that knows Ryan is incredibly saddened by his current predicament. He is intelligent and kind and incarceration would be a true waste of his talent and potential.

Respectfully,

*Binder*

# Exhibit 4C

## Letter from Carole A. Binder

February 20, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

I am a friend of Ryan Cooper and the Cooper family and have known Ryan Cooper for more
than 20 years. My professional background is in public accounting as a CPA where my primary
role was auditing a client base consisting mainly of banks and financial institutions. I am also the
mother of two adult sons who are close to Ryan's age. Early in my career I opted to stay home
and raise my sons during which time I also participated in many volunteer roles. Currently I
remain active on several non-profit boards today.

We are very close to Ryan and care deeply about him. My husband Rick and I, along with our
two sons, have spent a significant amount of time with Ryan and his family over the years, and
he and our sons grew up together. More recently we welcomed a new daughter in law and future
daughter in law, both who have also gotten to know and care for Ryan. We have enjoyed many
wonderful times together and have also traveled extensively as families over those years. Most
recently a trip last spring to celebrate my husband's retirement where we thoroughly enjoyed
Ryan's company.

I have always found Ryan to be an empathetic and caring person who displays high moral
standards, integrity, and good values. During times we have spent together, Ryan has always
been polite, considerate and trustworthy. He is a listener and an observer with great instincts who
is tuned in to the feelings of others around him. Ryan is also very intelligent and witty. He has a
sparkling personality and a great sense of humor. I have had many conversations with Ryan over
the years and feel very comfortable in his presence. I am able to speak freely with Ryan, to ask
him about things, and I know he will speak honestly with me.

During a recent Christmas holiday, we had the honor of joining the Coopers and extended family
to celebrate. It was bittersweet time with Ryan's grandfather being very ill and the family pet as
well. As Ryan's parents worked to make sure the meal was a success and that everyone was
comfortable, Ryan was there quietly taking care of details, attending to what needed to be done,
checking on the guests and providing support wherever it was needed. His presence and
demeanor helped alleviate the stress and allowed his parents to also enjoy the day and time with
family. It was not too many months after that his Grandfather passed so this was even more
meaningful and appreciated.

Amongst many of Ryan's school and athletic related events we attended in the past, we had the pleasure of joining Ryan and his parents at both his high school and college for parent weekends. We were thrilled to be included and Ryan was incredibly welcoming, taking time to give us campus tours, and share his experiences with us. He also wanted to be sure that we were enjoying ourselves and our time visiting so he would happily work his schedule around our visits. This is the same consideration and inclusiveness that is echoed whenever we would travel or just spend time together with Ryan.

While Ryan has always been kind and considerate, life has not always been easy for him. Identifying as gay at a relatively young age was difficult and I applaud his bravery for coming out. Not everyone is understanding or supportive and he has had to deal with abuse that shouldn't ever happen. Additionally, having bi-polar disorder adds additional challenges in life as I know only too well with diagnoses of my own Mother and Grandfather. In light of all he has had to deal with, he has done exceptionally well socially and in both his educational and career pursuits. Ryan has always been very goal-oriented, seeking higher education and achievement as his extensive resume highlights his many successes here. Not only is his family wonderfully loving and supportive, he also has an extensive support network of many people who care deeply about him.

Knowing Ryan as well as I do, I am having a difficult time reconciling him with the situation he is in currently. It does not fit at all with his moral character and values. Frankly I was very surprised to find that he had viewed content like this as it just doesn't seem like the type of material, he would have interest in. It is just not his style, if that makes sense. As a highly intelligent person, he is also still a young person, who possibly was naive as to the serious implications these actions would have on his life. Implications that I as an older adult was not even aware of until I was informed of his troubles. I have a Tumblr account myself, used for sharing from Instagram, but had no idea what Tumblr was known for or how it normalized such material. It seems surreal to me that in this day and age, in our country, one can curiously and so easily wander into something so illegal with such serious repercussions. I am not by any means condoning the crime but there seems to be little room to individually and appropriately tailor the punishment. I find that shocking and frightening.

Ryan has expressed extreme remorse. I know he is regretful and very humiliated to be in this situation. He has never been in any sort of trouble in the past and has been a productive and contributing member of society. I know professionals have confirmed that he does not have a physical interest in this type of material. I have absolutely no concern that he would ever be of danger or threat to anyone. In fact, I don't think I have ever seen him treat anyone with anger or hostility. It's just not in his nature. He is a kind and gentle soul.

I respectfully ask for your mercy and leniency in sentencing Ryan and that you spare him extreme punishment. Incarceration would be a waste of his life, a waste of resources, and a waste to society. I hope that you see him as the person that I do and know that he is not a threat to anyone. I know he is not denying the crime and is accepting of punishment. I know he is preparing himself for the worst-case scenario, but a lower form of punishment seems much more appropriate for the actual crime that was committed. I know he has done everything asked of him so far while free, he has had to give up a job that he loved and excelled at. He is willing to accept the consequences, but I hope in your heart you can save his life.

Thank you for taking the time to read this letter. I hope it helps you to know and understand Ryan better. I have been terribly upset and saddened by the situation he is in. I grieve for him and his family and I lay awake at night worrying about what is to come.

Respectfully,

Carole A. Binder

# Exhibit 4D

## Letter from Richard H. Binder

February 23, 2020

The Honorable Katanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Your Honor:

My name is Richard Binder and I thank you for taking time to read this letter and for considering my words in Ryan Cooper's upcoming sentencing. Along with my wife and two sons, I have known and been close friends with Ryan and his parents for over 25 years. I recently retired last April of 2019 after 27 years as the Chief Financial Officer of Frontier Capital Management Co., an investment advisory firm in Boston, MA. I am a licensed CPA and also have held various board positions over the years.

My family has spent much time socially and also traveled with Ryan and his parents on many vacation trips throughout the years, including a recent trip this past April as part of my retirement celebration. During all of our family times together, I have always witnessed a strong bond and love between Ryan and his parents. I have seen Ryan grow from a young respectful boy who has matured into a highly driven and intellectual young man.

Ryan has been on the path to a very bright and successful future. He has grown through his adolescent and teenage years with various challenges always meeting and dealing with them head on. With a bi-polar diagnosis he has made sure to seek help from medical professionals and counselors to address his difficulties. He does not shy away from his struggles but acknowledges and accepts his situation. He is a very motivated and hard-working individual. His resume of work since his undergraduate studies at George Washington University is a shining example of all that he has accomplished. It paints the portrait of a very hard working and productive person in society and is filled with achievements which many could aspire to.

Ryan has shown tremendous remorse. He has been completely cooperative since his arrest and I know he will stand before the court with honesty and integrity to accept his sentencing and will participate fully in any programs the court so orders. My wife and I are disappointed that we will not be able to be present at his hearing and realize that being present in that courtroom is a very strong message of support for Ryan. Please know that there are two additional adults that can be counted on to be a strong presence in Ryan's support system now and in the future.

I conclude by asking that you please consider any and all possible leniency in the sentencing of Ryan. My hope is that he can participate in the best programs available to him to help him continue with the treatment of his diagnosis and that he can pick his career up again as soon as possible. Ryan has much to give and I feel he is capable of making great contributions and being a productive member of society.

Sincerely,

Richard H. Binder

# Exhibit 4E

## Letter from Jack and Lisa Burns

Jack & Lisa Burns

West Newton, MA 02465

March 3, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

We are dear friends of the Cooper family and, in particular, Ryan.  I have been a real estate consultant in Boston for over 40 years and the founder of CRESA, a global real estate services firm.  My wife, Lisa, is a homemaker that oversees our family and provides the guidance and support needed in raising our two teenage daughters, Emma (16) and Sophie (15).  Lisa is extremely active in our community in Newton, MA and continuously supports the PTO locally, along with a number of charities.

We met Ryan over 12 years ago with his parents and were very impressed by his intelligence and wit.  We had a couple of occasions to be away on adventures in North Dakota, where we all bonded closely in participating on an active cattle drive.   Ryan was very outgoing and thoughtful to everyone on the trip and our girls enjoyed spending time with him.  This trip was an annual trip that Ryan participated in and we looked forward to spending time with him each year.

In all of our times with Ryan, we found him to be extremely outgoing and caring about the people around him.  His ability to quickly learn and understand cattle ranching was amazing.  We found his general intelligence and ability to communicate with both children and adults alike to be very mature.

Ryan excelled in school both at Brewster Academy in New Hampshire and George Washington University.   Life has been tough for Ryan as he came out as a gay man while very young and living away at school.   We cannot imagine how this impacted his life and know his classmates were not very accepting.  Through this challenge in his life, his parents, Suzanne and Dave, were always there to support him and to assure he had the best access to professionals that could help him pave his own path in life.

A victim of sexual assault twice, once at Brewster Academy and again at George Washington University, is an unthinkable tragedy in this young man's life.  Despite the terrible impact on his youth, he overcame this adversity and excelled in school becoming a model citizen.

Having had the opportunity to read some of his work and communicating with him while at Tableau, we found his intelligence and ability to communicate verbally and in his writing to be exemplary.  Ryan is a compassionate, kind and thoughtful young man who lost his way.  We do not condone his behavior and understand that Ryan too realizes his transgression and is both remorseful and embarrassed that he went down that path.



Jack & Lisa Burns

West Newton, MA 02465

We believe Ryan can still be a contributor to a better world whether he is back at a company like Tableau, or through helping those less fortunate in community services.  He has already proven his compassion for those that are less fortunate or who have been abused or neglected in some way.

We recently spent some time with Ryan at the funeral for his grandfather.   We marveled at how mature and articulate he is.  Both of us were totally comfortable and glad to have spent a little time with him, which we know was a difficult time for him and his family.   It is difficult for us to reconcile the Ryan that we've known all these years with the current situation he has found himself in.

Ryan has always been nothing but kind and considerate to our family.  Life has not been easy for him and anyone that has had to deal with sexual assault, coupled with the challenges of being gay in a society that is not always accepting, must find it to be extremely difficult.  He has worked hard to keep ahead of his psychological challenges and sought help at every turn. He has not given up on himself and society should not give up on him.

Ryan has never been in trouble before.  He is truly remorseful for his actions and we know he is ready to contribute back to the world as best he can.  With the court's help, his life can still be very meaningful and maybe in a much better place. Allowing him to give back to the community versus incarceration seems to be a better path where he can and will give back to the community.

We trust in your judgment but are asking that your sentence be given with leniency, as Ryan is not a hostile threat to this world and can bring more to the community to make it a better place for all.  The thought of Ryan being incarcerated is frightening, but it would also be a waste of an intelligent and kind soul that can give back more to this community than he can in prison.

Thank you for taking the time to read our letter.  We hope that this has helped you understand more about Ryan and what a good man he is and will be.

Sincerely

Jack Burns

Lisa Burns

# Exhibit 4F

## Letter from Beth Chapman

March 6, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C.20001

Dear Judge Brown Jackson,

My name is Elizabeth Ann Chapman, I reside in St. Louis, MO. I have had the pleasure of
meeting Ryan Cooper through his friendship with my boyfriend Mark Cooper's family. (No family
connection between Mark Cooper and Ryan Cooper just a happy coincidence that they share
last names.). Mark Cooper and I have a blended family. We live together and raise our 5
children together, Jake (21), Mary Kate (20), Drew (18) Zach (15) and Peyton (10). Both Mark
and I have primary custody of our kids and they reside with us more than 50% of the time, with
the exception of my daughter, Mary Kate, who lives in New York City as she attends college.

I first met Ryan here in St. Louis when he came to visit with Mark's brother Michael about 3
years ago. We ate dinner at a local restaurant before meeting Mark and Micheal's mother Margo
for a performance of Hamilton at the FOX theater. I could immediately see why Ryan is so loved
by Mark's family. He is a genuine, compassionate, funny, well rounded person who exudes a
love of life. It was clear that he was truly interested in getting to know me, and it was obvious
how much Mark, his mother and Micheal love him. They truly consider him family, and clearly
Ryan feels the same about them.

Not long after Ryan's visit to St. Louis, Mark and I planned to make a trip out to D.C. to visit
them. I knew my daughter Mary Kate would enjoy meeting Ryan as they share many things in
common including a love of theater. Mark and I arranged for her to take the train down from
New York and meet us all in D.C. We explored the Smithsonian, the French Market in
Georgetown, enjoyed a tour of their home and shared several very long and very fun dinners
together. The kind of long where you all have so much fun talking and sharing stories that you
don't realize how late it is getting and that the restaurant is starting to close.

Mark and I were excited to visit with Ryan again this past summer. Mark's son attended a
technology camp at American University and we combined the end of the camp with a visit to
see Ryan and Michael. We all again enjoyed site seeing, this time at Arlington National
Cemetery, Ford Theater and revisiting some of our favorite restaurants together. Ryan, just as
he had with Mary Kate, made the trip special by making time to spend with us. We had hoped to
see Ryan again this summer in D.C.

We were shocked when Ryan made the excruciatingly difficult call to Mark to tell us about his
charges. As a mother, and former teacher (6th, 7th and 8th grade science at St. Clare of Assisi
Catholic School and 12 years as a Pre-K teacher at Apple Hill Academy) it's my worst fear to
think of any child being victimized in the way the I feel that Ryan now understands that innocent
children on internet sites are. It also forced me to step back and question whether I had
unknowingly put my children in harms way by not somehow sensing that Ryan could be a
threat.

After much soul searching, I believe I didn't sense it because Ryan is not a threat. He is clearly someone who allowed the darker aspects of his personality (all people have a good side and a dark side) to desensitize him to the fact that there were very real and very innocent children in those images who were being hurt. Somehow he made the inexcusable, excusable in his mind most likely because the computer provides distance. I don't believe he would ever harm or touch a child. Sadly, at the time I don't think he associated the images with the reality.

I care deeply for Ryan and worry about what his experiences in prison will be. I'm crying as I type this. I'm truly scared for him. He's a sensitive, beautiful soul and it terrifies me to know that he will be facing a very difficult road ahead.

In Ryan, my hope is that children who are victims can find an advocate. Ryan's intelligence and sensitivity can be so helpful in articulating the importance of never allowing our dark sides to overshadow our good. If anyone can find light in darkness, I trust Ryan will. Just as I trust that soon Mark, our kids, and I will all be able to give him a big hug.

Thank you for all you do Your Honor, your job is so difficult.
With Respect,


Beth Chapman

# Exhibit 4G
## Letter from Deborah Cooper Blount

*Deborah Cooper Blount*

Gilmanton Iron Works, NH 03837

March 2, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Dear Judge Brown Jackson:

Thank you for the opportunity to address you with regard to the sentencing of my nephew, Ryan M. Cooper, and for your time in reading and considering my letter.

My name is Deborah Cooper Blount. I am the oldest of five siblings, the youngest of which is Ryan's father, David P. Cooper. I graduated as valedictorian of my high school class and graduated with High Honors from college. I was chosen by the FAA to attend their Air Traffic Controller program in Oklahoma City, which I successfully completed and subsequently, served our government in that capacity. Currently, I serve as Treasurer for a condo association as well as a local church. My husband and I also own and operate six radio stations in the New England area.

I have known Ryan since he was born. I have found him to be an intelligent, motivated, creative child and man.

  Intelligent: Ryan excelled academically in his elementary and junior high years of school, contributing to his acceptance at Brewster Academy, a private high school in New Hampshire. He continued his academic prowess throughout high school, graduating with Honors, while also participating each year in Brewster's theatrical productions - I had the pleasure of attending a performance of "West Side Story", in which Ryan quite-ably played the role of "Bernardo," and, he also held a position on the Academy's rowing team - first, as a rower in the "stroke seat," then as the coxswain, his last three years of high school. My family and I enjoyed a great family adventure attending one of Ryan's regattas. The effectiveness and efficiency with which he guided his team made this aunt very proud!

  Motivated:  Ryan doesn't "just" do an assignment - he puts his own being into it, often with little to no instruction or supervision beyond that initially provided. He began working for Sequoia at Washington Harbour following graduation from The George Washington University. It seemed to me that each time I turned around, Ryan had received yet another promotion. He was hired as Maître d-Hotel originally, in June 2012. He was quickly promoted to Manager the following March. My husband and I were invited to attend the National Prayer Breakfast in February 2015. While we were in Washington, DC, we had the privilege of taking Ryan out for dinner. Since he was far more familiar with DC restaurants, we asked him to choose our dinner location. He made all of the plans, made sure we knew how to get to the restaurant, guided us through choices he recommended throughout our meal - all of which were delicious! We discussed how his career at Sequoia at Washington Harbour was going and he enthusiastically shared with us the innovative steps he had and was still developing to improve functionality and profitability at the restaurant. Just six months later, he was promoted to Assistant General Manager. He followed a similar pattern of promotion while working for Tableau. When he was hired by Tableau, they sent him to Seattle, where Tableau's headquarters is located. In a phone call I had with Ryan prior to his move, I shared with him that I was happy for this new chapter in his life, but also sad that he would be moving so far away from us, from his family and support network, which are principally located on the east coast. He immersed himself in his new job, quickly acquiring the knowledge and experience he needed to best serve his new employer and its clients. Among other noteworthy accomplishments, I learned from my brother that Ryan received an award for being the MVP of his

team in 2017.

Creative: At holiday time, our families make treats for each other. One of my favorite treats given to us throughout the years was created by Ryan when he was a boy. It was special to me because he had created the tag, including preparation instructions, himself - he decorated the jar, wrapped a ribbon around the cover - I still have the jar! As an adult, he used his creative skills at both Sequoia and Tableau by thinking outside-the-box to devise methodologies that made employees more productive, the companies more efficient - allowing for more offerings to both their employees and their clients; thus providing more benefits to the clients served. His passion, since childhood, has been to "learn new things, share ideas, and teach others." These passions remain, and are evident in Ryan's approach to both his professional and personal life.

You already know of the two sexual assaults against Ryan and of his mental health diagnoses. I don't wish to reiterate them to you here, but I do believe they are contributory to the situation Ryan found himself in while he was living in Seattle. Being there alone, and isolated, caused Ryan's depression to be accentuated, magnified. He found himself reaching out and turning to a place where he didn't belong and shouldn't have gone. In my conversation with Ryan regarding all that transpired in Seattle and since, he expressed his deep regrets about his inappropriate internet activity. In my own naivety about internet pornography, I wondered aloud, while talking to Ryan, if his personal use of pornography warranted a mandatory prison sentence. I learned how remorseful he was for what he had done when he quickly corrected me and explained that what he did wasn't as "personal and private" as I and others would suppose. He further explained that he didn't initially realize the impact on others of his actions, but that he has come to understand the gravity of the situation. He eagerly articulated to me why I was wrong in my thinking and clearly explained to me that those in the pictures that circulate the world wide web over and over are victimized, embarrassed and shamed each time another person downloads pornographic pictures in which they appear, and that sadly, he had been a cog in that vicious cycle. I sincerely believe that Ryan has no desire to pursue this type of behavior again, that there is no risk of recidivism. He also wanted to make sure I knew that, through all of his involvement with viewing child pornography, he never had a desire to engage in sexual acts with children— "ever, never ever," were his words.

I would like to share that I have concerns for Ryan's well-being during his incarceration. I am fearful that he will once again be a victim of sexual assault and that his depression will deepen. I respectfully request that you consider a minimal sentence for Ryan and an institution that would allow for the consideration and continuation of the medical treatments that Ryan has been receiving, that help him with his mental health and well-being; an institution that could also continue Ryan's psychiatric therapies; and also an institution that would provide programming options for him that would shield him from disutility as a result of inactivity. Ryan has a great deal of successful experience in hospitality, which he gained through his employment at Sequoia at Washington Harbour. He has expressed to me a desire to be involved with a hospitality training program at his incarceration institution whereby he could be instrumental in training fellow inmates in the field of hospitality, giving them a vocation they can use upon release. If the institution doesn't already have a hospitality training program in place, it is his ambition to create and implement one.

I didn't learn of the sexual assaults against Ryan until a couple of weeks ago. In addition to the great sorrow I feel for all that Ryan must have experienced and felt during and after these assaults, I grieve that I didn't know – that I wasn't by his side, to love on him, if nothing else, while he went through the process of healing - mentally, physically, emotionally. I am determined, while Ryan is incarcerated and when Ryan's time of incarceration has ended, to be available to him in any way I can as he serves his time and when he is reacclimating to the outside world around him. I have no doubt in my mind that he still has much to contribute to the betterment of mankind.

Respectfully,

Deborah Cooper Blount

Deborah Cooper Blount

# Exhibit 4H
## Letter from David Cooper

March 4, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N. W.
Washington, D.C.  20001

Dear Judge Brown Jackson:

I want to share with you some stories and details about Ryan from his father's perspective.

I am David Cooper, Ryan's Dad. I grew up in a small town in Rural New Hampshire with my parents and 4 siblings. I had 66 people in my graduating class. I have an Associates degree in Architecture, but never designed anything more than houses and small office buildings. When I graduated from college, I immediately went back to work for a General contractor friend of my Dad's that I had worked for since I was fourteen years old. We built houses and condos and office builds in the lakes region of New Hampshire. The construction industry in New Hampshire is very unpredictable and after owning my own construction Company and struggling during a bad economy my wife and Ryan and I moved to Massachusetts to find better carriers and better schools for Ryan. I found a job in the wireless industry and have not looked back since. Currently I am what we call in the wireless industry a Market Director. I oversee app. 300 employees that design, build, integrate and maintain wireless telephony systems for AT&T, Verizon, T-Mobile, Sprint and other wireless service providers. I am now 26 years deep into this carrier and are looking forward to remaining in this industry until I retire.

I want to share some pieces of Ryan's life to help you get more of a sense of who he is, and hopefully agree with me that he is an exceptional young man who deserves to be treated fairly.

When Ryan was around 8 years old we enrolled him in a YMCA program for Tae Kwon Do. We wanted him to learn some self-defense moves but also to learn discipline and kindness. Well, he excelled in Tae Kwon Do and his Instructor thought that Ryan could go all the way to black belt by the time he finished high school. Ryan became a high red belt by the time he finished 8th grade and was preparing to test for his 1st degree black belt.. He really loved that art and when he was 12 his Instructor asked us to enroll him in the Tae Kwon Do Junior Olympics that was taking place in Tampa, Florida that year. So we agreed and off we went to Tampa. Mom and Dad were very nervous. Not Ryan he was cool and collected and new his forms so there was no reason to be nervous. Ryan finished 4 in the entire country for forms out of hundreds of contestants.

When we moved to Massachusetts, we eventually moved into a new development with approximately 36 houses. Most of the new residents in this new neighborhood had children around Ryan's age. He quickly made friends and our house was the "house were all the kids hung out". We were concerned about his education in Beverly where we were living because the

middle and high school were at risk of losing their accreditation. So, we enrolled him in a private middle school in the City of Salem, MA which is next to Beverly. Ryan and his friends still got together after school and played at our house. Ryan was away for a week on a school trip and I managed to build him a tree house for him and his friends to call their own clubhouse. It was than that Ryan started to demonstrate his leadership skills. He organized all of his friends and created a club with memberships rules and responsibilities for all the members. According to Ryan the only thing the club was missing was a bathroom and air conditioning. Unfortunately, the boys all had to grow up and go off to high school. I still use the tree house to store lawn equipment.

As Ryan went off to high school in New Hampshire at Brewster Academy we encouraged him to get into sports as he had done some sports activity in middle school with his classmates in Salem. He started out playing soccer his freshmen year but didn't really like it so we encouraged him to join the crew team in the fall of his freshman year. Ryan was still of small frame at this time in his life and didn't really sprout into his current frame until his senior year in high school. Ryan really likes crew and was the coxswain on the number one freshman boat and eventually became the coxswain on the number 1 senior boat as a sophomore. Ryan really liked crew and he attended numerous summer camps to learn to be the best he could. When he became a senior he had grown out of the coxswain position and was the stroke seat rower on the number 1 senior boat. Ryan had learned the best techniques of rowing and also was able to keep the rhythm for the rest of the rowers on the boat.

Ryan also got involved in theatre in high school and chorus. He was in every play that was produced during his 4 years at Brewster Academy. In his senior year Ryan was the lead in the senior play. He is a great actor and has had singing parts that went very well also. To this day one of Ryan's favorite things to do is karaoke. Ryan also sang in the school chorus at Brewster and as a senior for the Christmas concert he sang "River", first written, and sung by Joni Mitchell in 1971. To this day when I hear that song it brings me back to that night Ryan sang the song on that little stage in Wolfeboro, New Hampshire at Brewster Academy.

Ryan, graduated Brewster Academy with honors. I find this to be an amazing triumph based on all the bad things that happened to Ryan that you have already or will read about in other letters to you.

Ryan moved on to George Washington University for college and was awarded a merit scholarship which the crew coach encouraged the admission board to grant Ryan to encourage him to go to GW. The crew coach was looking forward to having Ryan on the team. Unfortunately, when Ryan arrived on campus the fall of his freshman year the crew coach had just left GW for UPenn. Ryan lost interest in crew shortly after that fall.

Ryan turned his attention to his academics and became an excellent writer and won and award for one of his papers as a freshman. He really liked living in DC and formed many friends there. This is also the time when we discovered his Bi-polar B depression issue and spent a lot of the time keeping him balanced. Even though he sank into some deep depression periods you could still see that he wanted to excel, do well and be part of the bigger picture. There was a time when

he missed many classes and assignments while being treated for his illness and he always bounced back completed the assignments and graduated with honors from GW.

Ryan had already been working at the restaurant Sequoia on the river next to the Kennedy Center when he graduated from college. He had moved up the ranks very quickly and before you know it he was Assistant General Manager. Sequoia was one of the highest grossing restaurants in the US. He has told me stories about serving app. 1500 meals during a single shift. Ryan was a great leader and gained a lot of respect from Co-workers, co-managers, wait staff, kitchen staff and clients.  I remember going in for Sunday brunch one Sunday and as Ryan went to greet us one of the customers stood up and gave him a hug. I let him know that my corporate customers had never given me a hug.

Although Ryan excelled at the restaurant the long hours (60-70) per week and the focus on nights and weeks left him with no time for his friends. So, we encouraged him to find another job with normal working hours so he could better balance his life. Ryan, of course did hours of research to find a progressive and exciting company to replace his current job at Sequoia. He set his sites on Tableau. He had to go through app. 15 interviews before he was offered a job and had to move to Seattle to be trained. Apart from the bad decision he made that got him into this situation Ryan again excelled at his job at Tableau. He learned the ins and outs of the software and they made him what they call as a Data Doctor. He knew the software so well after a year that they would send clients and other team members to Ryan to help them solve their data problems. He did so well after his time in Seattle that they asked him if he wanted to move back to DC and work out of that office. He agreed and returned to DC after 10 months in Seattle. He has been involved in creating blogs and dashboards that other salespeople and clients could use to make their Companies grow. Even during the last year as Ryan has been facing this awful situation, he has tried to learn more about the product that Tableau is making and help other co-workers be more effective and productive.

We have had many conversations over the last year with Ryan to try to understand what led to his actions. We talked about him being lonely in Seattle and that he was depressed and thinking about what had happened to him when he was younger and suffered 2 different sexual abuse scenarios. He was also under the care of a new Psychiatrist who was trying a new drug. Many thoughts were weighing on Ryan's mind and he turned down the wrong road.

Ryan has taken full responsibility for his actions. He understands how much pain and anguish he has caused and is causing to his family, friends, and the victims of the videos and pictures he downloaded.  He is remorseful and contrite. There is no doubt in my mind that Ryan could never be a repeat offender and we will be here to support him.

In conclusion, I wish you knew Ryan the way I know Ryan. If you did you would see that he is an amazing young man that he is a great leader, a great friend, a very intelligent person with the ability to learn and do anything his sets his mind too. He is also entertaining and responsible. He is a great son, who I am very proud of and despite this one mistake he has made I will always be here to support him in his life.

I am asking you to be fair and lenient with your sentencing.

Respectfully,

*David P Cooper*

David Cooper, better known as Ryan's Dad

Appended: 2-24-21

It has been quite some time since I first wrote this letter, almost a year. A lot has changed in the last year. Between the election and the Pandemic our Country seems to be in constant turmoil. It is great to see reasonable people now running our Country.

Ryan had resigned his job right before the Plea hearing because he did not want to leave his employer in a lurch without handing off his clients. He had assumed that he would have been remanded to custody at that hearing. So, after the plea hearing he was helping out at the DC kitchen facility helping prepare meals for those that could not provide for their own. When the Pandemic hit DC hard, they had to stop using volunteer help in the kitchen. The Pandemic also hit home hard. My wife was laid off from her job and we lost half of our Income. This was a blessing in disguise, and she was able to spend from April until October with Ryan in DC. I was able to be here from early March until beginning of May. I had to return to Massachusetts to be in my Companies office to keep business moving forward.

Towards the end of the summer Ryan wanted to pursue having a job again and after getting permission from you he started looking for a job similar to his job that he had at Tableau. He submitted well over 100 resumes to different Companies and was hired by a local Company that creates customized dashboard for data visualization. They actually created the one that you see on CCN with the information from John's Hopkins University about the number of people infected by COPVID-19 and the related deaths. The culture at that Company was not very good. Ryan had come across one of his former contacts while at Tableau that offered him a job, so Ryan left the current Company and went to work for a company known as Data Meaning where he is employed today.

We continued to be concerned about Ryan's well-being because of the pandemic and all of the bad news that was coming out of the prison system. As the hearing dates approached each time Ryan became more and more depressed and we worried about his mental health and whether he might try to commit suicide. He seemed to be stable over the summer and fall with his Mom being in DC with him. Unfortunately, she had to come back to MA. To complete an interview process and start her new job with Booking Holdings Inc. In the fall, shortly after she returned home to MA, he had told me that one night he tried to tie his pillowcase around his neck, but then loosened it again just in time. He was fine for a while after that and we continued to travel to DC to keep him on track.

We were very thankful that he was allowed to come to MA for Christmas. It was a blessing to have us all in the house he grew up in for Christmas.

At the turn of the new year and the hearing date of March 11 looming over his head he has been struggling with being incarcerated and concerned about his own safety. Both mentally and physically. He believes he will be bullied and abused. Over the last 6 weeks I have had to travel back and forth to MA every week so that I can spend a few days a week with him so he doesn't feel abandoned and I try to keep him focused on work, so he doesn't focus on the bad things going on in his life. Just last Sunday night h told me he could not go on anymore. We had a friend go over and spend the night with him and I flew down the next morning to spend a few days with him to keep him grounded. We are planning on driving down this weekend to spend the next 2 weeks with him and be with him during the sentencing hearing.

Ryan has been very remorseful over the last year and has not tried to lighten the severity of his actions in any way. He hasn't missed one curfew and has actually reached out to his PSO when he thought his ankle monitor was not operating correctly to make sure the court understood how seriously he has taken this process. His is in fact a very responsible person and has a lot to offer society.  I am very proud of him for admitting his wrongdoing and taking full responsibility.

Please Judge Jackson do not throw away Ryan's life as it will not benefit anyone. He is a good person who made a mistake that should not ruin the rest of his life.


Respectfully,

David Cooper

# Exhibit 4I

## Letter from James Cooper

James Cooper

New Hampton, NH 03256

February 20, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Judge Brown Jackson,

Thank you very much for your consideration of this letter in support of my nephew,
Ryan Cooper, during the sentencing phase of his case.

I am the uncle of Ryan Cooper and brother of David Cooper, his father. I am, myself,
the  father of two sons and two daughters, the youngest of whom is adopted. I am well
aware of the difficulties involved in raising children in this complicated and sometimes
harsh world that our children are faced with today. I have known Ryan since his birth
and have been a constant observer of his life for the past twenty eight years. I can say,
without any hesitation, that I have always been proud of Ryan's drive and
accomplishments. Whether it be his grades at school, his acting performances, his
writing achievements or any of the other numerous personal endeavors, Ryan has
alway strived to excel and has been largely successful.

Although it came as a surprise to me that Ryan was charged with this serious crime, I
have come to understand that he was desperately trying to come to grips with the
upheaval in his life after being the victim of two separate rapes, suffering through
periods of depression and being diagnosed with Post Traumatic Stress Disorder
(PTSD). This is a lot to deal with for anyone, and especially for a young gay man just
starting life on his own. I would ask you to please consider the burdens that Ryan was
dealing with when this incident occurred in determining an appropriate sentence.

In addition, I would respectfully request that when determining a recommendation for
the location of Ryan's incarceration, you consider Ryan's support system. Now that we
have been made aware of all that Ryan is dealing with, we would like to be available to
Ryan to help him in any way that we can to make amends for this mistake and help him
find a way forward. As I am sure you are aware, Ryan is already seeking help for his

mental and psychological issues. If possible, I am sure that he will continue to seek help while he is incarcerated. I believe that it is vitally important to Ryan's recovery from depression and PTSD to have access to the largest support system possible. Therefore, I would respectfully request that you recommend to the Bureau of Prisons the requests of Ryan and his parents for incarceration to either a prison near their home in Beverly, Massachusetts or to the facility in Butner, North Carolina where specific programs are available to help Ryan return to a productive life. Incarceration in the Devens, MA facility (near Beverly) would also allow most of Ryan's immediate family to visit him on a regular basis. Although farther away from the rest of the family, the North Carolina location would allow my wife and me to visit him when we visit our two sons in North Carolina and be reasonably close to his Aunt's house in the same state.

As a father, I have experienced the anxiety of having a child turn away from the people that love her because of misunderstanding, I have seen the effects of trauma on my children when our home was broken by divorce, and I have known the heartache of wanting so desperately to help my children when faced with the harsh realities of life. I have also known the joy of seeing my daughter overcome the pain of an abusive mother to become one of the best mothers I know. I have seen the drive of a son striving to achieve a Masters Degree in Accounting and then going on to a successful career at UNC Chapel Hill and I have felt the pride of having a son with the determination and dedication to serve his fellow citizens by becoming a state trooper in North Carolina. All of my children's accomplishments have been achieved by the support of family and the compassion of second chances. Please help Ryan become another family success story by your favorable consideration of this request.

Respectfully yours,

James Cooper

# Exhibit 4J

## Letter from Kimberly Cooper

████████████████

New Hampton, NH  03256
March 3, 2020

The Honorable Kentanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

      Re:  United States v. Ryan Cooper

Dear Judge Brown Jackson:

      Thank you for your time in reading this letter in support of Ryan Cooper.  My name is Kimberly Cooper.  I am Ryan Cooper's aunt.  I am retired from the United States Attorney's Office, District of New Hampshire, where I worked for 30 years as a Paralegal Specialist; eight years in the Criminal Division, and the remaining 22 years in the Asset Forfeiture Unit.

      I have known my nephew, Ryan, since he was born, and watched him grow up during his formative years.  I was able to visit him while he was attending Brewster Academy in Wolfeboro, New Hampshire and was delighted to watch him in his performance in the play Alice in Wonderland.  I saw Ryan at many family gatherings, including birthday parties, many of our annual Cooper camping expeditions, and Christmas family get-togethers.  The gathering that struck a chord with me was the occasion of his graduation from Brewster Academy, in which the Cooper family was together to celebrate this great achievement.  I remember Ryan speaking to all of us that day, thanking us for supporting him during his formative years, and he told us that it really did take 'a village to raise him', and that village was his family.  It was impressive to me that instead of taking all of the credit for his achievement of graduating from Brewster Academy, he credited his family for helping him reach this goal.

      After graduation from Brewster Academy, Ryan matriculated to George Washington University, where he excelled in his studies.  He graduated *cum laude* with a Bachelor of Arts degree in International Studies.  Before he graduated, Ryan began working at Sequoia at Washington Harbour, where he started in a wait-staff capacity, and two years later had worked his way up to become the Assistant General Manager.  While Ryan was working at Sequoia, I was in Washington, D.C. on business, and my husband and I had the opportunity to meet Ryan for dinner at Sequoia, where the three of us shared a wonderful meal, enabling us to catch up with Ryan on his life and his achievements.

      Despite Ryan's successes in his education and work-life, he struggled with depression and suicidal thoughts.  I became aware of the unfortunate incident of Ryan being raped while a student at Brewster Academy, and again when he was a student at

The Honorable Kentanji Brown Jackson
March 3, 2020
Page 2

George Washington University. From the time he was enrolled at Brewster Academy through his time at George Washington University, Ryan sought counseling and therapy for the issues that he was dealing with at the time.

After having worked at Sequoia for four years, Ryan decided to seek employment that would utilize the degree he had received from George Washington University. Ryan was offered a sales position with Tableau. However, the acceptance of this position meant that he had to move to Seattle, Washington, away from his family and friends. I believe this was a difficult transition for Ryan, and though Ryan's parents traveled to Seattle as often as they could to spend time with him, I know that Ryan continued to struggle with his depression as he tried to reconcile why these past violent, physical acts against him had occurred. Ryan continued to obtain mental health therapy and care in Seattle. His exploration on the internet led him to view and download content that was illegal, however, I don't believe that at the time of this incident that Ryan knew and fully understood what he was doing.

Ryan has always been a polite, kind and loving person. I have observed his interactions with our family members and always saw that he had, and continues to have, the deepest respect for all of us. He is extremely smart, has a wonderful sense of humor, and is patient and gentle, despite the mental health struggles that he has experienced the majority of his life. I know that Ryan deeply regrets the criminal act he committed, and he is ready to take responsibility for that action. I respectfully request that you recommend to the Bureau of Prisons a location for Ryan's incarceration where he will be able to continue to receive the mental health care that he needs, in a location that is as close to Massachusetts and New Hampshire as possible so that we may visit Ryan and provide him with as much support as we can.

Please know that I, and all of Ryan's family, will continue to be his "village." We will continue to support him during his incarceration. I love and support him unconditionally, and that love and support will continue upon his release from federal prison. I know that there will be no recidivism on Ryan's part; he is contrite for his actions.

Thank you for your time in reading this letter and for your considerations concerning the sentencing of Ryan Cooper.

Sincerely,

Kimberly C. Cooper

# Exhibit 4K
## Letter from Margo Cooper

The Honorable Judge Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honorable Judge Jackson,

My name is Margo Cooper and I am writing you on behalf of Ryan Cooper.  Although we are not related,
I consider Ryan to be a part of our family.

I first met Ryan when I was visiting my son, Michael Cooper in D.C.  At that time, Ryan was attending
College in D.C. and working.  Ryan managed to take the time out of his very busy schedule to spend
some time with us.  I felt an immediate connection to Ryan.  He was polite, considerate, kind, and a very
intelligent young man.  Ryan's work ethics were truly amazing! He would go to school during the day,
and managed to be at his restaurant job in the evening  on time.  I knew that Ryan had a great future
ahead of him.  I feel  blessed that I had the opportunity  to get to know Ryan.

I know that Ryan had a very bad lapse in judgement, however, I personally  don't feel that this is the
Ryan that I have grown to admire and love.  I truly hope that your honor will consider giving Ryan
leniency so he can redeem himself and prove himself worth your mercy and grace.

With deep respect,

*Margo Cooper*

Margo Cooper

# Exhibit 4L

## Letter from Mark Cooper

02/12/2020


The Honorable Judge Ketanji Brown Jackson

United States District Court

District of District of Columbia

333 Constitution Avenue N.W.

Washington, D.C. 20001


Your Honor,

My name is Mark Cooper and I am of no relation to Ryan Cooper. I met Ryan in 2010 when he was a roommate of my brother, Michael Cooper. While we lived in different cities, me in St. Louis and Ryan in DC, I either visited DC and spent time with Ryan and my brother or on occasion Ryan would come to St. Louis. Ryan is a very close friend of my brother. As I got to know Ryan I could see why my brother became such a close friend.


Ryan has a very kind heart. He would do anything for you. He made you feel special when you were around him. Ryan is incredibly intelligent. What I love most about Ryan was just listening to him talk to my son about technology, philosophy, and life. I recall a recent trip to DC to pickup my 14 year old son at a computer camp that he attended and we spent a few days visiting with Michael and Ryan. My son often times will be glued to his phone and gaming but he had such a great weekend spending time with Ryan because Ryan treated him like a human being and was genuinely interested in what he learned at camp and wanted to help him anyway he could. My son had the best weekend and we didn't do anything special other than have some meals and great conversations. Ryan knew how to make everyone feel important.

My girlfriend and I took Ryan and Michael to the Broadway show Hamilton in St. Louis a couple of years ago. This was an opportunity for Ryan to get to know her and of course they hit it off instantly! Ryan knew so much about theatre and the arts and expressed his passion for it.

Being a father of three kids, 21, 14 and 10 I wanted to ask Ryan directly about what he did and why because it is extremely upsetting to me to hear someone that I trust and looked up to could do what he did. After an hour long conversation I realized that even the people we most admire can have a lapse in good judgement and make mistakes. What I was most impressed with during that conversation is Ryan's attitude and humility. Ryan is genuinely sorry for his mistake and completely understands the ramifications and accepts blame for his actions. I didn't hear anything like it was someone else's fault, or societies fault. He took full blame and is accepting of whatever punishment he ultimately gets.

Ryan has a loving family, great parents, friends and co-workers. He is a valued member of society and will contribute both while serving his sentence and when he has completed it. I told Ryan and mean this with 100% sincerity I would put him at the top of my list of people I would trust with my children.

What Ryan did was wrong but he knows this and he is smart enough to understand this can never happen again and he will surround himself with the right people to ensure he never, ever goes down this dark path again.

As I wrap up in tears writing this, I hope that this letter and many other letters I am sure you will receive will shed light on what an amazing human being Ryan truly is. Thank you so much for your willingness to read my letter.

Warmest Regards,

Mark Cooper

# Exhibit 4M

## Letter from Michael Cooper

Michael Cooper

████████████████
Washington, DC 20009
March 2nd, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor:

I am writing in reference to Ryan Cooper. My name is Michael Cooper, I am a technology professional who shares the same last name as Ryan although we aren't related. I have known Ryan for over 10 years now and he is like a brother to me. We connected through common friends and almost instantly became best friends based on our common experiences and understandings.

Over the years I have shared a lot of experiences with Ryan. We had some pretty epic adventures together including picking up a car in Munich, Germany and spending weeks driving all around the autobahns and exploring various German cities. Our friendship only grew stronger as the years went by and in fall of 2011 I rented out a room to him in a property I owned. In spring 2012 I sold that property and had him move in with me instead since I had an extra bedroom.

Living with someone can be difficult but Ryan was just about the best roommate I could have asked for. He was respectful and independent. We both could often escape to our own rooms, but we enjoyed spending time together watching tv or inviting friends over. For the first year living together, Ryan was insanely busy with his senior year of college. I got to witness his work ethic firsthand and saw how diligently he would work to get one term paper after another finished. After his graduation in 2013 he got a job at a restaurant and I saw how he poured his heart and soul into that job, working insane hours and earning the respect and promotions that came along with that.

I could go on and on about the great times, but it's also important to understand that I witnessed some of his darkest times as well. I am lucky in that my mental health is pretty stable, but throughout my life I have run across many people who aren't so lucky. Ryan has struggled with depression and anxiety. I have witnessed at least 3 panic attacks and when these have occurred I went out of my way to put myself in his mind and found ways to calm him down like offering him a different seat or taking him out of a stressful environment. I have also witnessed some serious episodes of depression that unfortunately I could not help with as much as I would have liked to.

The Honorable Ketanji Brown Jackson
March 2nd, 2020
Page 2

In summer of 2016, the restaurant job had become a source of serious stress for Ryan and he had to resign for his own wellbeing. By 2017 he had found a new job in software sales that took him to Seattle. I did not realize just how depressed this would make him. He was on his own without me or other friends and family for pretty much the first time, and a lack of a support system there took its toll. I was thrilled to learn that we would be moving back to DC in February of 2018, and once he did return he moved back in with me.

It was great to have him back as a roommate, we picked up where we left off and continued having fun times together. We also went through one of the most emotionally trying times together. The summer of 2018 saw the rapid decline of my cat's health, and when the day came that we would have to take the cat to be put to sleep, he was the one who stayed with the cat at the vet's until the very end, and he was there for me that whole day as I would break down in crying fits. The level of compassion he showed was extraordinary especially given that he was still dealing with his own demons.

You see, his lingering depression wasn't solved by a return to DC. I can remember some cries for help that year that I struggled to respond to, like text messages where he more or less begged me to travel less and spend more time with him. It was apparently this context that led him to the predicament he's in today. I wish there was something I could have done to prevent this, I wish he would have seen the consequences of his actions more clearly but I suspect he was so self-destructive that he couldn't see where this would lead. This is not him. I have seen his relationships and dates over the years. He likes men, not kids. There is probably nobody in his life who knows him better than me. I can say with complete certainty that this crime is not revealing his true nature, it's a cry for help that I hope is not too late.

Ryan has a lot to offer this world. He's incredibly intelligent, a loyal friend, and an extremely hard worker. He's met my mother and brother and my niece and nephews and they all adore him and are devastated to learn about this. We all are hoping that Ryan has the strength to get through this especially given his past battles with anxiety, loneliness and depression. I am doing all that I can to encourage him, because if he can weather this storm the next chapter of his life I am certain will be his greatest yet.

I respectfully ask that you consider these factors during sentencing and hope you reach the conclusion that a lenient sentence is in everyone's best interest. Thank you so much for reading this.

The Honorable Ketanji Brown Jackson
March 2nd, 2020
Page 3


Sincerely,


Michael Cooper

# Exhibit 4N

## Letter from Pauline Cooper

**PAULINE A. COOPER**

███████████████

**LACONIA, NH  03246**

███████████████

The Honorable Ketanji Brown Jackson

United States District Court

District of District of Columbia

333 Constitution Ave., N.W.

Washington, DC 20001


Dear Judge Brown Jackson:

Thank you for taking the time to read and consider this letter regarding your sentencing of my grandson, Ryan Cooper.

I am Pauline Cooper, a retired Administrative Assistant of a non-profit charitable foundation. Currently Chairman of the Advisory Council for the Community Wellness Center, an affiliate of the Lakes Region General Hospital; Secretary of the Opechee Shores Condominium Assoc. where I live; and a Eucharistic Minister at St. Andre Bessette Parish, Sacred Heart Church.

I have known Ryan since his birth. Though his family lives in another state, we, as a family, get together at least a couple of time of year. Every year in the fall, we gather for what in the family is known at the CCC (Cooper Clan Campout). Ryan has joined with his cousins in the games and activities of the gatherings. While he attended Brewster Academy, he was a member of their theater group performing in their production of Alice in Wonderland, Big River, The Adventures of Huck Finn, West Side Story and Urintown. He was also Coxswain on their rowing team. He graduated with a 3.6 GPA. Once Ryan went to George Washington University (GWU) the family didn't have as many opportunities to be with him though he would attended our family Christmas gatherings. While at GWU, Ryan was diagnosed with bipolar disorder. He graduated from GWU with honors. After working at Sequoia, a Georgetown restaurant, during and post-college graduation, where he received numerous promotions and ultimately was promoted to Assistant General Manager. Ryan wanted a more traditional work schedule and to utilize his education and skills. He applied for a position with Tableau in their DC office. He was hired by Tableau but the VP of Sales wanted Ryan to start in Seattle. This took a lot of courage for Ryan to leave DC, his home and family to relocate to Seattle. He was very productive at work and was once again promoted. He then fell in to a deep depression

and became suicidal.  Ryan was desperately clinging to hope and pursuing mental health care professionals to help him.  This is when Ryan viewed the content of gay pornography.

Ryan has expressed his remorse and shame.  In addition to regular psychologist and psychiatrist appointments, he has also sought additional professional help and travels to Alexandria weekly for therapy to address past traumas – both sexual and otherwise. Ryan is not at risk for recidivism for this crime and when he is released from his period of incarceration, he will have the ongoing support of his family to continue to help him with his psychological issues.

Ryan has a solid, loving, supportive family and parents that are willing to be personally responsible for him.

I am hoping that all these factors will help in your processing Ryan's sentence.  His is greatly loved by all in his family.

Sincerely,

Pauline A. Cooper

# Exhibit 4O

## Letter from Suzanne Cooper

February 25, 2021

The Honorable Kentanji Brown Jackson

United States District Court

District of District of Columbia

333 Constitution Avenue, NW

Washington, D.C. 20001

Your Honor:

I'm not sure if you are a Mother but most certainly you are someone's daughter and I'm sure your parents love you very much and are proud of you.  I have a tremendous amount of respect for your accomplishments, your service as well as to the law.  I am Ryan Cooper's Mom and I love him very much and he has given his father and me much to be proud of in his young life.

And so, as you may appreciate, I was aghast with the circumstances that have brought Ryan to your courtroom as it was so out of character for him.  I know he accepts responsibility and has heartfelt remorse and shame for his behavior.  And as a parent, I share in the responsibility as it always was and still is my husband's and my intent to raise a polite, respectful young man who will contribute to society in positive and meaningful ways.  We are a small family of three and are committed to supporting Ryan to the absolute best of our ability.

I think it important to share some background as further context to the person Ryan is and the parents that we are.  He was bullied in his adolescent years both in the neighborhood as well as middle school and so he took and did well on entrance exams to attend a small boarding school in NH with hopes of a better environment of academics, sports/arts opportunities, and a more accepting student population.  He did excel with his academics as well as participated in soccer, crew, horseback riding, skiing, and theater, choir, and the literary magazine.

Unfortunately, he was the victim of felonious sexual assault during his freshman year. He disclosed this to a dorm resident assistant and due to mandatory reporting, Ryan was soon giving statements to police and prosecutors.  We remained concerned for his mental health.  We ultimately asked authorities for leniency to the offender and community service so he and others could learn from the incident, rather than incarceration.  We did not seek financial restitution from the school but rather worked with them behind the scenes to improve security measures for the protection of all students.  In both instances I think it says something about our character with seeking positive solutions and outcomes and not retribution.

It was an eventful year for Ryan as he also came out as gay and we did everything we could to embrace him and demonstrate our love for him no matter what.  We immediately got him in to therapy so he could be supported as he came out.  As you might imagine, his classmates were unkind and not supportive initially and all the while, Ryan was living away from home at school at the age of 13.

Ryan was diagnosed with bipolar disorder while attending The George Washington University. A subsequent sexual assault took place while enrolled at GW when he was raped while unconscious by a man who he thought was his friend. He did not report this incident to authorities for fear of retribution from his community in DC.

He was hospitalized during his sophomore year for suicidal ideation.  With additional therapy and medication adjustments, he managed to return to classes, make up missed work, and maintained high grades while at GW and graduated in 2013 with honors, with a degree in International Affairs, Conflict Resolution and a minor in LGBT and Sexuality Studies.  He is a skilled writer, articulate; haven written many papers about marginalized populations including the Justice-Columbia Writing on Ethics Prize-winning paper about Don't Ask, Don't Tell in the military.  Nonetheless, his psychiatric disability is serious, and the depressed state of the illness is downright frightening and debilitating.

After working at the Georgetown restaurant, Sequoia, during- and post-college graduation, Ryan received numerous promotions and ultimately was promoted to Assistant General Manager.  He initially stayed working at Sequoia immediately post-graduation due to a strong work ethic and not wanting to abandon the restaurant as it approached the high summer season.

Ultimately, after four years, Ryan yearned for a more traditional work schedule and to utilize more of his education and skills developed during undergrad.  He researched a number of companies and focused on securing a sales position at Tableau in their DC office.  He went through a series of 11 interviews and was finally offered the position, but the VP of Sales wanted him to start in Seattle where the company headquarters is located.

It took extraordinary courage to leave DC, his home, friends, and east coast family to relocate across the country to Seattle where he did not know a single soul.  Little did we know or realize at that time, while very productive at work and promoted once again, he fell in to a deep depression and suicidal ideations returned again. I am heartbroken that while he managed to flourish professionally, he was alone and hurting inside to the depths of suicidal ideation.

It was a vulnerable time where he was alone, isolated, and in deep despair and not of sound mind.  He also had to change mental health providers while in Seattle and lost continuity of care. A new, local provider experimented with different medications—which in of itself can create issues for mental health patients.  While he is an adult, we have shared his fervent efforts—past and present—to seek and obtain ongoing professional help as this dates back to his adolescence.

It breaks my heart to learn that Ryan was alone in Seattle, with new providers, and one who experimented with his drug therapy regimen—and whether that could have contributed to retreating to the internet in an unhealthy way.  I'm left to wonder about the state of his mental health and very negative effects of a provider essentially experimenting with my son's brain and impacting his judgment. Notwithstanding the depth of despair that he struggles with, Ryan has desperately clung to hope and pursuing mental professionals to help him.

Ryan is of the digital generation that largely grew up with the internet and with online fantasy games and social media.  It is shocking to me that within a few clicks of a mouse, one was able to access illegal content on a social media site.  While Ryan viewed the content amongst legal gay porn, he does not nor ever had a physical interest in actual minors, nor did he take any action to pursue contact with one.  His Alexandria therapist could also speak to the fact that Ryan does not fit the profile for this category of sex offender and has no chance of recidivism.  He also has the support of us, family, and mental health professionals to ensure this—which, as I understand it, are crucial factors in ensuring that recidivism does not take place.

It has been two years since the raid at his home in February 2019, when he cooperated with authorities then and since as well as with his PSO.  He has continued weekly therapy with two therapists throughout.  He secured a new sales job notwithstanding record unemployment, legal uncertainty, and the pandemic.  The pandemic has brought debilitating mental health situations to the healthy, to say nothing of the deleterious affects to someone with bipolar II disorder.

From the time of the raid in February 2019, we either flew down to DC or brought Ryan to MA just about every week.  We collectively took the legal proceedings very seriously.  Since late January 2020 and the February 4, 2020 hearing in your courtroom, and with Ryan placed with an ankle monitor-I effectively moved in and lived with Ryan through November 2020.  I have seen up close and personal the ravages of depression as I have held him as he has sobbed and shaked in the late evening and early morning hours beyond.  We have talked about his disappointment in himself, his remorse, sorrow, and regret.  We have talked about the future.  And we also have talked about gratitude.  Gratitude that he was caught, the behavior stopped, more help obtained.  Gratitude of the support from the PSO, Prosecution, and Your Honor for allowing him to look for and secure a job, and for being able to travel home to MA for this past Christmas.  Family is everything to us.  My nephew, Ryan's cousin, committed suicide on February 8, 2020-the same week Ryan was in your courtroom.  Here again you and the Prosecution demonstrated great empathy by agreeing to allow Ryan to travel home for a memorial service.  It was a trip that never happened as the memorial service was cancelled due to COVID but we were and are grateful for the kindness. And since January 2021, as I have a new job (I lost my previous job due to the pandemic in April 2020), my husband has been flying down to spend time with Ryan every week.

In addition to Ryan being the victim of two prior physical sexual assaults, I am a survivor of sexual assault by a neighbor during a sleepover while I was in elementary school.  My parents did not pursue charges, I think due to equal parts of fear of putting me through a case as well as compassion for this neighbor family, the Mom even worked with my Mom.  I remember hearing the other Mother sob when my Mom told her what had happened.  He had been under the influence at the time of the incident.  He received therapy and cleaned up his life.  While I steered clear of him and eventually drifted from neighborhood friends to other school friends, in the many years since I have had much time to reflect on it all.  He remained a father to his family and later, a grandfather, and great-grandfather.  A family stayed together and did not lose a husband/father.  He did a heinous thing, but I went on to live a healthy, well-adjusted, and successful life.

I share all of this because Ryan/we have vigorously pursued mental health support for 17 of his young 29 year life.  He is a bright, talented, kind, hardworking young man.  I think about the lessons about forgiveness we have taught him.  I worry about his future…..finding a partner, potentially marriage, career, travel…ever a child of his own?  He is highly regarded and valued by his employer, a hard-working member of society and tax paying citizen.   He truly loves his job and company and it has been very healthy and cathartic for him.  He was saving money to buy a home in DC, his funds are now all gone.  I worry about further victimization of physical and sexual assault and moreover, access to the same mental health professionals and medications which are integral to his mental wellbeing and safety.  He could be at significant risk for the return of suicidal ideation.   Most of all, I worry that he does not lose hope.

I respectfully pray for your mercy in sentencing and that you are able to take into consideration some of the extraordinary circumstances.  I'd like to think there is an opportunity to preserve a life and have it refocused and reenergized with a strong desire to make and maintain amends.  I honestly believe he is deserving of a second chance.  I pray that something positive can come of this with a life spared, reawakened, and resolved to help deter others from making the same mistake.  And no matter what, you have our commitment to ensure Ryan leads the rest of his life deserving of such mercy.

Respectfully yours,

Suzanne M. Cooper

781-608-1001

Suzmcooper3@gmail.com

# Exhibit 4P

Letter from Zachary Cooper

March 6, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Judge Brown Jackson,

My name is Zach, I'm 15, and have known Ryan Cooper as a family friend for several years. Ryan has always been a very welcoming, intelligent, and positive person, someone which I am very glad that I have gotten to know. Ryan made a mistake, but I don't think that his entire character as a person, or his future should be determined because of a mistake.

Like every single other person on this earth has experienced, is experiencing, or will experience at some point in their life, Ryan hit a metaphorical speed bump in his life. Making mistakes and going down dark paths is human nature, nobody is perfect, and granted what Ryan did was bad, I believe that in the same way that mistakes are an unavoidable, natural part of existence, no matter the severity, it is also human nature to forgive.

Ryan is the type of person who will have an extended conversation with you over just about anything for the sole reason that you enjoy talking about it, or because he is just the type of person that could talk to you for hours about anything from politics, technology, food, art, medicine, you name it and Ryan will make it interesting and know every little detail about the topic.

During the summer of 2019, I got to visit D.C. for a summer camp for a couple of weeks, but after it ended I got to spend an extra weekend in the city, and got to know Ryan more. Ryan is one of the smartest people I know, when in D.C. we went to Joe's Stonecrab for dinner the first night. Ryan was undoubtedly the life of the party. We were able to talk about everything from Giant Slugs, to politics, to sports, and after dinner when walking to see the Whitehouse we talked for the entire walk about disease, medicine, and history. Later when walking to the Washington monument to watch the Saturn V rocket launch projection to celebrate the 50th anniversary of the moon landing, we were talked about technology, space travel, and science subjects.

My point is, of all of the people who I've known throughout my entire life, Ryan Cooper is undoubtedly one of the most interesting, positive, intelligent, well-rounded, and enjoyable people to know, spend time with, and be around, and that many, many people, including myself, have had their lives positively contributed to by Ryan Cooper, and have him to thank for a significant amount of their personality and for who they are as a person. Making significant contributions to society and to the lives of other people is an achievement which many people chase throughout their life, and put generations of effort into attaining, an achievement which Ryan Cooper has well surpassed by simply being himself.

Very few people outside of my family that I meet or get to know make me think to my self, "even 70 years from now when I am 85 years old, and all of these people are gone, I know that this person has made a significant enough contribution to my life that I will still remember them, and remember how much they meant for who I become." Ryan Cooper, however, I am confident is somebody who I will remember and appreciate that I got the privilege to know for the rest of my life.

With gratitude,

Zachary W. Cooper

# Exhibit 4Q

Letter from Andrew Dean

March 3, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

I have been a friend of Ryan Cooper for nearly 10 years. We met while we were college
students in DC. At the time, he was studying international relations at George
Washington and I was pursuing a degree in marketing communications at American
University. We met through mutual friends and quickly became inseparable.

When I needed a model for a photography project my junior year, Ryan was one of the
first people who agreed to help. The assignment was to shoot corresponding male and
female portraits. I was able to secure a female subject without a problem, but many of
my male friends were painfully self-conscious and didn't want to have their portraits
taken. But Ryan trusted me, overcame his discomfort, and let me photograph him. I've
been an amateur photographer for most of my life and the portrait of Ryan is one of my
favorite images I've ever captured. It has been hanging in my living room for nearly 10
years.

Ryan was probably the most conscientious student in the District during his time at GW.
I recall how he would hunker down so intensely during midterms and finals that I knew
there would be a few weeks each semester where he would be slow to answer
messages and would not be available to meet. And it was worth it; his grades were top-
notch and he even won awards for his academic papers. But best of all, when he did
reemerge, we would more than make up for his absence with dinner parties and movie
nights at his apartment.

I look back on my time in Washington as some of the best years of my life. Some of the
people I met in the city, including Ryan, remain my closest friends to this day. There's a
group of five of us that have remained in touch but I'm the only one that moved away (I
returned to New York to be closer to family after graduate school). Ryan has been my
connective thread among the group; he goes above and beyond to keep me updated as
to what everyone else is doing. He is fiercely loyal and truly cares for his friends.

And he has continued to prove his loyalty to me recently, despite the serious situation in
which he finds himself. When my position at the advertising agency where I worked was

eliminated in January, Ryan stepped in to help. He connected me with a family friend, Abigail, who worked at a well-regarded marketing agency to expand my network. I find it incredibly telling that despite the stress, grief, and guilt consuming him, Ryan could provide this small act of kindness.

When Ryan told me he was moving to Seattle, I was excited for his new opportunity. But at the same time, I was weary. I am painfully aware that he struggles with bi-polar disorder (he was hospitalized for suicidal ideations around the time that we met). And I know that his family and friends (myself included) serve as a support network to counter these struggles. I was concerned what being apart from this network would mean for his mental health.

After a few months in Seattle, Ryan began to voice that he was not doing well and I went to visit him. I was glad to see him, but it was evident that he was lonely and struggling to adapt to a place where he didn't know anyone. And worst of all, I didn't know how to help him.

When Ryan transferred back to DC, because of exceptional performance at his company, I was ecstatic and proud of his accomplishments. But, to tell the truth, I was relieved more than anything. I had worried about the state of his mental health and knew that coming home was the right decision.

Through tears, Ryan told me last summer about the upcoming sentencing hearing and the likelihood of incarceration. I was, and remain, shocked at his behavior. It took me some time to come to terms with the situation given its nature and how out of character it seemed. But, I have been able to forgive his transgressions for two reasons.

One is the degree of remorse he has shown. I have spoken with Ryan almost weekly since July regarding the nature of his crimes. And every single time, he has confessed to being filled with regret and shame. The other reason I have chosen to stand by Ryan is because of the psychological evaluations he has undergone. I believe that the three separate psychological evaluations not only demonstrate he is not at risk for recidivism, but that the grief and remorse he has expressed to me is genuine. And for that, I believe he deserves leniency.

I beg of you to consider the broader picture when issuing your sentence for my friend Ryan Cooper — not just the Ryan in connection with a crime. From helping me with my college photography assignment to connecting me with potential job opportunities during the most difficult time of his life, Ryan has shown time and time again that he is honest, loving, and good.

Please do not hesitate to reach out with any questions. I am more than willing to speak on Ryan's behalf at any moment.

Sincerely yours,

Andrew Dean

# Exhibit 4R

## Letter from Paul DiPietro

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C.  20001

███████████████
Beverly, MA  01915

Your Honor:

My name is Paul DiPietro.  I am the next-door neighbor to Ryan, David and Suzanne
Cooper.  Even under these difficult circumstances, it is my privilege to write this
letter for my unequivocal support of Ryan Cooper.  I have been Ryan's neighbor for
21 years and can not only speak for the kind of individual he is but also for the kind
of parents that raised him.  Sue and Dave Cooper are the most generous, selfless,
and outgoing neighbors you could hope for as we raised our 3 kids alongside this
wonderful family over the past 2 decades.  They raised Ryan valuing education,
hard work, integrity, and actively giving back to the community.

Clearly these values paid off for Ryan seeing him succeed academically at Brewster
Academy and George Washington University.  So many of our neighborly
interactions (AKA our "fireside chats") showed Ryan's advanced maturity and
intellect even at an early age. To follow his fantastic accomplishments in the
hospitality industry then even more impressively, the hi-tech industry, have made
my wife and I gleam with pride as if he was our own child!  Not only are his past
achievements so impressive, but he is also driven to succeed in whatever future
endeavors he undertakes.

Perhaps the most impressive display of his maturity and intellect to me was the
heart-warming eulogy he presented for his grandfather last year.  The
thoughtfulness and salient memories he so eloquently described of his beloved
grandfather were wise and insightful beyond his years.

This most unfortunate incident that Ryan will be sentenced for in April, without any doubt in my mind, was just a temporary lapse in judgement for which he is deeply remorseful and that will not occur again. The most unfortunate outcome is that it temporarily derails the exponential progress he has experienced in his professional career and, of course, is such an unimaginably traumatizing time for him and his family. It is also admirable to note that having to give up his hi-tech job, he has actively volunteered his time with several need-based organizations like DC Central Kitchen, another impressive value instilled at an early age.

My hope, your honor, is that through my support, and I am sure the support of so many others, you realize what an amazing individual Ryan Cooper with impeccable character and integrity. Understanding this unique individual, whose life trajectory is limitless with potential, I respectfully ask that you choose to minimize his incarceration time as much as the law allows so he can rightfully pay his debt to society but move on to an even brighter future as soon as possible.

Respectfully Yours,

Paul M. DiPietro

# Exhibit 4S

## Letter from Rebecca DiPietro

████████████████
Beverly, MA  01915
March 1, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C.  20001

Your Honor:

My husband, Paul, and I have been married for 25 years and have three children.  One is a
college graduate and professional dancer now living in NYC, one is a sophomore in the Honors
College at University of South Carolina, and the youngest is a high school sophomore.  I am
currently the manager of two large dental offices and have over 27 years of experience in the
dental field.  Prior to and overlapping that time period, I was an elementary school teacher for 10
years. I was fortunate enough to be able to telecommute for the dental office during my
children's early years.  After our second child was born, I decided to leave teaching so that I
could focus on our growing family.

Paul and I moved to Beverly 22 years ago and we could not ask for better neighbors than the
Coopers.  Dave, Sue and Ryan are extremely loving, generous and empathetic individuals whose
genuine love and support of family and friends is evident in everything they do.  We trust them
implicitly and even share keys to each other's homes as we help each other out with pets,
packages and anything else that is needed.  We enjoy spending time together especially when the
whole family is home.

Ryan has always been very respectful and mature.  Even as a teen, Ryan would fit right in with
the adults.  I was always fascinated by his intellectual contributions to the discussions.  He is an
amazing conversationalist with so much to offer.   This was most recently evident in the eulogy
he delivered at his Grandfather's funeral service.  To say I was impressed would be an
understatement.  My husband and I left the funeral home talking about Ryan's high level of
intelligence and the endless possibilities for his future.

When our children were old enough to start using social media on a limited basis, they naturally
sent a friend request to their neighbor and friend, Ryan.  Identifying himself as gay, Ryan was
concerned about the request because he didn't want to hurt our children's feelings but didn't
want to expose them to his lifestyle choice at that time.  He brought his concerns to his parents
prompting a conversation with us.  This demonstrated great maturity on Ryan's part.  Of course,
our children have no issue with any lifestyle choices and are saddened by the bullying and abuse
with which Ryan and others encounter unnecessarily.

I have always loved working with children.   Their well-being and safety is extremely important to me.  As a teacher, I took great pride in providing a safe learning environment for both my second and sixth grade students, and this extended outside of the classroom as well.  I was well known for my successes with students that other teachers found too difficult to teach in a "regular" classroom environment.  Among them, there were severe behavioral problems, foster children, children with Tourette's syndrome and Asperger's, and both physically and mentally abused children.  Nothing was more important to me than teaching these children in an integrated classroom and keeping them safe even though doing so put my safety at risk on more than one occasion.

Why am I bringing all of this up in this letter about Ryan?  Because Ryan is <u>nothing</u> like the people I encountered while trying to protect my students.  While Ryan is extremely intelligent with high moral standards, he is also young and did not realize the serious implications this very private act of curiosity would have on his life. He has a very kind and gentle nature and would never pose a threat or danger to anyone, much less a child.  Professionals have confirmed that Ryan does not have a physical interest in this type of material.  Ryan had a temporary lapse in judgment.  He has admitted his guilt and expressed extreme remorse and embarrassment over the situation.   I am truly confident that Ryan will never make a poor decision of this caliber ever again.   Ryan is always welcome in our home and we wouldn't even think twice about him staying with us and our minor son.

Your Honor, I respectfully ask for your mercy and leniency in sentencing Ryan.  He has been very cooperative throughout this process.   While dealing with the struggles of his poor decision, Ryan is trying to move forward by helping others through community service.  He has set goals for himself that I have no doubt he will accomplish if given the opportunity, and he will continue to be a very productive and contributing member of society.  Incarceration of such a young life with so much potential would be such a terrible waste.  While I do not condone the crime, I feel that incarceration is extreme in this instance especially for someone who has never been in any trouble. I pray that you see Ryan through the eyes of those who know him best and grant a lesser punishment which would be more appropriate for the crime that was actually committed.

Respectfully yours,

Rebecca T. DiPietro

# Exhibit 4T

# Letter from Christine Huntoon



*Christine Huntoon*

*Gilford, NH 03249*

February 24, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Honorable Judge Jackson,

Thank you for taking the time to consider this letter, and others, in your sentencing of my nephew, Ryan Cooper. I am Christine (Cooper) Huntoon, Ryan's paternal aunt. I am an occupational therapist, practicing since 1982 (nearly 38 years), presently a therapist and staff supervisor in outpatient rehabilitation. I chose this career because I enjoy helping others and progressing them through their pain, disability and knowledge deficits to assist them to wellness. I live in a small community with my husband of 38+ years, and am an active community member. I have served Gilford, NH for three years as a Girl Scout leader, 15 years as a softball coach and a board member for the Nor-easter's and also for youth softball (working with children from Kindergarten through 18 years of age) and a traveling summer league. As a member of the Gilford Community Church, I have served formally on the Education Committee and have more recently completed a 5-year term on the Deaconate, as well as volunteering to assist with our church fairs.

I have known Ryan all of his life. When Ryan was very young, he lived locally and I would see him frequently. Later, because of career changes, his family moved to another state and we were not able to see him as often. My siblings and I have strong family ties and we plan biannual family re-unions, to assist us in staying in touch with one another. Ryan and his family would frequently be in attendance. Ryan's parents were good at keeping us up to date with his accomplishments and activities. I remember two high school events that I attended in support of him. The first was a regatta on the Charles River in Boston, where Ryan, a Coxswain, directed his rowing crew. I also remember attending a play he participated in. Our families all met for dinner before the performance and I remember how excited Ryan was to see us there in support of his activity. Ryan's school grades speak for themselves, both in high school and college (where he graduated with honors). I think his work history also speaks for itself, with his promotions and longevity at both Tableau and Sequoia.

My brother David and his wife Sue, Ryan's parents, are good, hardworking, responsible individuals and are law abiding citizens who deeply care for their son and who are extremely concerned about the welfare while incarcerated. Ryan is supported by his immediate and extended family. In his pleading of guilty for what he has done, we understand that a debt is owed to society. Given the type of crime he will be incarcerated for, the fact that he is gay and has serious mental health issues (bi-polar disorder, including multiple episodes of suicide ideations and PTSD) with a need for stable therapy, I ask for your mercy and leniency in his sentencing. I believe with his actions taken in the last year, since the FBI raid, he has demonstrated a willingness to do what is asked of him by the court ready to pay his debt. I believe, as well, that Ryan can come out on the other side of this and get back to being a hardworking individual and a contributor to society, not a legal burden. My hope and wish for Ryan, is that you will see that he is a man worth redemption and that he will benefit from being in a facility where he can have continued stable therapy to assist him as he pays his debt to society.

I can assure you that Ryan has an amazing support system in his family and will be there to assist him with his incarceration and his re-entry to society.

Thank you for your time and consideration of my letter in his sentencing.

Respectfully,

*Christine Huntoon*

Christine Huntoon

# Exhibit 4U

Letter from Cynthia Keliher



*Cynthia B. Keliher*

▮▮▮▮▮▮▮▮

*Boston Massachusetts 02116*

▮▮▮▮

March 6, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

RE:    Ryan Manning Cooper

Your Honor:

I am a partner in the law firm of McCarter & English, LLP. I serve as a member of its Executive Committee and co-chair its Women's Initiative and Real Estate Group. I have practiced commercial real estate law for 35 years in Boston. I met Suzanne Cooper (Ryan's mother) almost 15 years ago, as Suzanne and I belong to many of the same trade organizations in Boston, including a large global real estate organization, CoreNet Global (Corporate Real Estate Network). Suzanne and I both serve on the Executive Committee of CoreNet New England. I am the immediate past President of the organization and Suzanne serves currently as President. Over the last 15 years, I have come to know Suzanne, her husband Dave, and their son, Ryan. The entire Cooper family and I have become extremely close, personal friends. I regard them as my family of friends.

What strikes you immediately when you meet Suzanne, Dave and Ryan Cooper is that they are pillars of decency, kindness and integrity within their community and within their close knit family. They are exceptional friends. I recently lost my mother and the Cooper family has been a source of daily comfort and strength for me notwithstanding their own personal circumstances. Suzanne, Dave and Ryan are one unit and share a closeness which is admirable. In fact, this past Christmas, knowing that it may be their last Christmas together for a while, they opted to spend the Christmas holiday alone -- just the 3 of them, without their extended family. Together they share each occasion in life, feel each other's pain and tackle each other's problems as one unit.

Although I am not a parent, I am a proud aunt to 4 nieces and a nephew and a godmother to 5 young men and women. I take particular interest in my friends' children and Ryan is no exception. I come into interaction, on a daily basis, with a significant number of people. What always stands out to me is not the professions that we choose, but whether we are good and decent human beings and hardworking people. From the moment I met Ryan, I knew he was a good and kind person. As a young man attending George Washington University and working at Sequoia Restaurant in Washington, DC, Ryan's mother, Suzanne brought 9 colleagues including me to Sequoia to meet Ryan. Ryan, instead of spending an afternoon with his friends, enjoyed lunch with us, engaged with us in a mature way and offered his dining and

March 6, 2020
Page 2

historic recommendations so we could take advantage of DC while there. I was struck by his emotional intelligence, mature engagement and politeness.

Ryan is an extremely sincere, humble and hardworking individual. During and after college, Ryan worked at Sequoia, where he received numerous promotions and ultimately, was promoted to Assistant General Manager. Most recently, Ryan was a successful and dedicated employee at Tableau in DC. During the raid at his home in February of 2019, Ryan cooperated with authorities on the day of the raid and without skipping a beat, continued his hard work at Tableau. It takes tremendous work ethic, endurance and pride to continue to contribute positively to a company, notwithstanding the daily nightmare and anguish of knowing that your future may be temporarily undone due to online behavior. The complexity of the internet remains foreign to me. It is unimaginable and frightening to think that with a few clicks, one can wander into unchartered trouble on the internet.

During this past year, Ryan lost his grandfather and, only 2 weeks ago, lost his first cousin to a tragic suicide. Ryan, notwithstanding his own grave circumstances that lie ahead of him, continues to be a source of comfort to his mother, his aunts and his cousins.

Notwithstanding the seriousness of the allegations, I have absolutely no reservations writing a character letter on behalf of Ryan. I have the utmost respect for Suzanne and Dave Cooper, his hardworking parents, and I equally admire Ryan for his academic and professional successes at George Washington University, his pride as a waiter and then a manager at Sequoia Restaurant and, most recently, his incredible work ethic and impeccable execution of his responsibilities at Tableau. Most importantly, I admire Ryan for his shy but engaging personality and his deep respect, reverence and devotion to and for his family.

Ryan has stepped to the plate and accepted the consequences of his internet misconduct. Given that this offense is Ryan's first and only encounter with the law, I am hopeful that you will take into consideration the fact that this is a first time offense, Ryan's bipolar disorder and Ryan's prior victimization himself of a felonious sexual assault.

Many thanks for your consideration of this letter. If you have any questions or would like to talk to me, I am available at █████████

Very truly yours,

Cynthia B. Keliher
Cynthia B. Keliher

# Exhibit 4V

## Letter from Kimberly Kingston



February 27, 2020

The Honorable Ketanji Brown Jackson

United States District Court

District of District of Columbia

333 Constitution Avenue N.W.

Washington, D.C. 20001

February 27, 2020

Your Honor,

I greatly appreciate the opportunity to write to you on behalf of Ryan Cooper and share with you the Ryan I have known for over 20 years. As a licensed attorney in Massachusetts, I understand the gravity of this review and thank you for taking your valuable time to learn a little more about Ryan. Having known Ryan since he was 5 years old, never in a million years would I envision writing a letter in this context for Ryan. This behavior is entirely inconsistent with who I believe Ryan to be. And while conceptually this unfortunate snapshot in time has been explained to me, I truly believe this event is an anomaly and a derivative of the collision of several major life stressors happening to Ryan simultaneously. I have also known Ryan's parents Suzanne and David Cooper, personally and professionally for nearly 25 years. They are wonderful parents, model citizens and generous and loyal friends.

I have watched Ryan grow and mature through most of his life. When I met him he was 5 years old, I found a very smart child, clearly academically advanced. Ryan and I share three things. We are only children, we excelled academically and we are both Aries. Ryan and I would often joke about the pressure of being advanced, the unshakable independence that comes with being an only child and the curse of being an Aries. As I watched Ryan through the years, it was clear he presented more maturely than his peers, which I did as well. As an only child, you are with adults more often and have a lot of independent time to read, create, build or write if you are gifted like Ryan is.

I am aware of the tumultuous emotional events Ryan has experienced. The experience at boarding school alone could have derailed an individual permanently. But because he has such supportive parents and incredible inner strength, he survived and thrived. Sadly, he would experience another sexual trauma in college, that he processed with mental health professionals

1



*Kimberly Anne Kingston, Esq.*

*Hull, MA 02045*

with the support of friends and family. In the face of horrific events, Ryan has the courage to speak up, get help and endure. My heart aches that he went through incidents no human being should ever have to experience but I am also amazed at his bravery and resiliency. When I was recently refreshed on Ryan's history and things that happened to him, happened, being the most important word, I kept hearing the poem Still I Rise by Maya Angelou, particularly the second to last verse.

> *"Leaving behind nights of terror and fear*
> *I rise*
> *Into a daybreak that's wondrously clear*
> *I rise....."*

What Ryan has sustained thus far is significant and tragically unfair.

I also got to know Ryan on his own, as a young man, and post college graduate while he lived in D.C. And Ryan is at the heart of a very poignant memory for me. Ryan opted to stay in D.C. after he graduated and progress in his successful career in restaurant management at the iconic Sequoia restaurant at Washington Harbour. For my 50th birthday, in 2016, my mother wanted to take me to D.C. to celebrate. Although my mother would not get her official diagnosis of Alzheimer's until December of the same year, signs of her decline were apparent. I was very reluctant to navigate the city with her, but we did manage. One evening I said "Let's swing by Sequoia where my friend Suzanne's son Ryan works. He is wonderful, you will love him." So, I asked the hostess to find Ryan, who cautiously approached two older women, dreading customer "feedback" only to be relieved it was me and Mom. We lucked out and he was just getting off shift and we went to a smaller venue for dessert and a nightcap. I discreetly told Ryan about my Mother's condition and he didn't skip a beat. The rapport he had already established with her did not change. He did not suddenly talk louder as some people do with Alzheimer's patients nor did he talk down to her. I was struck by his maturity and compassion. He kept her engaged and laughing during our time together. Meeting Ryan was one of the highlights of our trip, particularly my Mom. Remembering Ryan's pure humanness with her will never leave my mind.

When I learned I had the opportunity to advocate for Ryan, I was saddened my mother is not lucid to also write on his behalf. A retired school psychologist from Boston Public Schools my mother worked with just about every behavioral and mental health issue in the DSM. I know she would be able to offer an assessment using the current jargon and far more insight on the impact of this unfortunate segment of time for Ryan. Unfortunately, now she barely speaks. But. I have a list of about a dozen questions she will always answer correctly, on demand. When I ask her "Who was that lovely young man we met in D.C.?" Without hesitation she answers "Ryan." I believe that is an example of how his compassion often imprints on all he meets. He is a loving, perceptive and compassionate young man. The kindness and gentle interaction with Mom showed me Ryan's value transcends any material or academic success. To evolve to such a kind human being, in spite of the world showing him otherwise, is astounding.

2

*Kimberly Anne Kingston, Esq.*
*794 Nantasket Avenue #2*
*Hull, MA 02045*

This situation is not one I would ever envision Ryan in, ever. I have assimilated the information provided regarding this isolated segment of time. I have been briefed on his mental state, in fact he and I are both mental health advocates and he is always very open about his therapy recognizing taking care of yourself includes mental health. He had a wonderful group of friends and colleagues in D.C. and his family a mere 1.5 hour plane ride away. When he began at Tableau, he had hoped to be in D.C. but got offered a position in Seattle, Washington. So, in a very short time he conquered 3 life stressors on the top 10 list of life stressors: new home, new job, work pressure. In a new city, he needed to rebuild a mental health foundation nearly 3,000 miles (5 hour flight) from his support system. I believe the change in routine, stress of the new job, long hours and new home were colliding stressors that resulted in an unprecedented trigger for Ryan.

When I picture Ryan, this is not a chapter of his life he is supposed to be in. It breaks my heart when I think of the punishment attached to this crime, it means the authentic, smart, confident and compassionate young man described above will be like replanting a garden in the shade. I do not want to see this young man to stand still in time. He will never get back this chunk of time and it is inevitable this chapter will bring more trauma to Ryan. I pray his resilience will get him through his sentence, which I hope is the most lenient the court can hand down. I hope Ryan is placed in an institutional environment that is more about rehabilitation than retribution. I believe has already punished himself enough to deter any repeat of this isolated segment of time. In fact, Ryan has already enthusiastically resumed his mental health care.

And though Ryan cannot go back in time and reverse the crime, I truly believe it is a crime to interrupt Ryan's positive contributions to society by pushing the pause button. Knowing Ryan, he will find a way to make positive contributions while he does his time, either inside the facility or perhaps through outreach. Depriving society of Ryan is unfortunate as he gives so much to everyone around him. But as he has done more times than any human being should have to, I believe he will once again, **rise.**

Thank you for your consideration.

Best,

*Kimberly A. Kingston*

Kimberly A. Kingston, Esq.

3

# Exhibit 4W

## Letter from Lori Lerner

March 3, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Brown Jackson,

I have been a friend of the Cooper family for over six years. I met Ryan's parents, Sue and
Dave, through a volunteer community effort I led and have become very close friends as a
result of those efforts. I retired from by career in 2009, to live in New Hampshire, after
working for many years in Software Project Management.

I was introduced to Ryan by his Mom when she suggested Ryan and I be "fitbit" friends, as
we are both very energetic and would enjoy some friendly competition.  This was the start
of a fun and motivating opportunity to get to know Ryan and exchange conversation and
laughter between us. On a daily basis, I could see Ryan was working very hard at the
restaurant based on the number of steps he was achieving. Clearly, he was running the
place! He then made a move to Seattle to take on a terrific opportunity in the area of data
analytics. Ryan demonstrated independence and maturity in moving himself from an area
where he had many friends and a support system to a new area across the country. Ryan
excelled in his new profession, which came as no surprise, as he's very likable and has a
solid work ethic.

I have not had a lot of opportunities to spend time with Ryan as he has lived in DC and
Seattle during the past years but he has made every effort to visit his parents in MA and NH
for holidays, vacations and special occasions. I have had the pleasure to spend time with
Ryan while he has been in NH. The Ryan I have come to know is an extremely motivated,
intelligent and organized individual. He carries himself with a sense of pride and dignity
that is enviable. I was extremely shocked to hear of this situation he has found himself in.
This does not sound like anything I would have ever expected of him. He is from a family of
strong values, tremendous love and support. I am concerned that time served may prove to
be very challenging for Ryan in the short and long-term given his loving, caring nature and
desire to be with his family. This will be a very traumatic experience for all involved and
associated with Ryan as this is just not the Ryan we know and love. This all seems so
terribly wrong.

Respectfully,

Lori Lerner

Bridgewater, NH 03222

# Exhibit 4X

## Letter from Lisa Linehan

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001


Dear Judge Brown Jackson,

My name is Lisa Linehan and I am writing in behalf of Ryan Cooper. My husband Doug and I are long time family friend's of the Cooper Family and have known Ryan his entire life.

My husband and I have spent many summers visiting with Ryan and his extended family at Newfound Lake in New Hampshire. Ryan has always struck me as an intelligent, genuine and most of all caring person. He is an only child and has always been a devoted and active family member. At a time when most young people become busy and wrapped in their own lives Ryan has always made time to spend with his family. Although he lived in other places Ryan came home frequently to spend time with family whether it was a holiday, a summer week or other family celebrations, Ryan was always there.

Sue and Dave Cooper, Ryan's parents are hardworking people that have devoted their lives to raising a loving, educated and hardworking son. They are a tight knit family and it is clear that many of their own personality traits live on in Ryan.

Ryan has worked hard his whole life. He attended a private high school in New Hampshire where he received top grades and was then accepted into the prestigious George Washington University where again he worked extremely hard and graduated Cum Laude. Ryan has been actively employed both during and after college. Ryan has involved himself in community service and has always been a spokesperson for others.

Ryan Cooper is a man in the prime of his life. He is an intelligent, articulate and hard working member of society. I have no doubt that Ryan fully understands his actions in this transgression and his remorse for such actions. Thank you for taking the time to read this letter. Ryan's parents, family and friends would do anything to support Ryan and I ask for your mercy and leniency in sentencing.


Respectfully,

Lisa Linehan

Lisa Linehan

# Exhibit 4Y

Letter from Andrew McKown

5 March 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: Ryan Manning Cooper

Your Honor,

I am Ryan Cooper's uncle (Suzanne, Ryan's mother, is my wife Margaret's younger sister), and have known him from birth.  My professional background is in Civil Engineering, with a BS in Civil Engineering from Tufts University (1969) and an MS in Civil Engineering from the Massachusetts Institute of Technology (1978). While at Tufts I received an NROTC scholarship and served 4 years in the U.S. Navy, including a spot promotion to Lieutenant (O-3) after 3 years of service. I worked as a Professional Engineer (P.E.) for two Boston based firms, before starting my own company, McKown Associates, LLC, in 2008.   I developed during my work career a more specific expertise in drilling and blasting for shafts, tunnels, and other underground and roadway construction projects in rock, and underwater blasting for harbors and channels.

Growing up, Ryan demonstrated  a zest for life and enjoyed trying different things.  He was organized and mature beyond his years, and juggled his academics and many extracurricular pursuits.  He studied piano, achieved a brown belt in Tae Kwon Do and competed in the Junior Olympics, and was an accomplished equestrian.   He was and is a voracious reader, genuinely curious about the world around him and expanding his knowledge.  As one example of his desire to learn more and appreciate different cultures and points of view, he participated in a Japanese cultural exchange, first hosting a Japanese student at his family's home and attending Japanese-American classes together and then later traveling through Japan to experience the country and culture first-hand. Throughout his education, he studied Spanish and achieved written and spoken proficiency in the language at University, a skill he would later utilize to assist with translations for those who have English as a second language.

Ryan was also extremely creative and imagination, with a great sense of humor.  Every year at family gatherings, Ryan created and presented songs and skits.  One year it was a magic show, one year a puppet show.  He did comedy skits and great impersonations of Yoda and Arnold Schwarzenegger among others. He was active in theater, both in regional theater as well as in middle in high school.  In middle school he wrote, directed, and performed in a play presented at a dinner for his French class, parents, and friends. In high school he performed and sang in lead roles in the plays Alice in Wonderland, Big River, West Side Story, and Urinetown.  He was artistic too. One of his art projects, a wooden horse he designed and built for his father was so creative and stylish that his school asked him to make another one as an auction item at the annual fund-raising event.  And speaking of fund-raising, each year with his parents they helped raised for CASA (Court Appointed Special Advocates for Children) NH.  They would also attend the annual fund-raising auction and one year Ryan was the highest bidder for a racing jacket he gave to his grandfather as a gift and others years I joined them in the annual downhill ski-golf.

Ryan has indeed accomplished much in his still young life.  He holds a B.A. in International Affairs (with honors) from the George Washington University (2013), is fluent in Spanish, and  had a leadership role (Assistant General Manager) at one of the top grossing restaurants in the country (Sequoia in Georgetown) and self-taught himself about data analytics and visualization to lead an impressive and productive tenure in sales at Tableau.

But beyond his academic and work related accomplishments, I have found Ryan to be a truly caring and understanding individual, who has helped my wife and me in many ways since my diagnosis with Alzheimers disease in 2013/2014, and why I have shared my long term memories of Ryan.  Whenever in his company, Ryan finds an unobtrusive way to keep track of my whereabouts and possible wanderings. He is always the first to greet us at family gatherings to ensure our safe entry up the stairs and into the house.  I would find him thoughtfully watching from the porch on my many swimming or kayaking outings at Newfound Lake in New Hampshire.

In summary, Ryan Cooper is an extremely intelligent, kind, and thoughtful person who understands what he did is wrong and is more than willing to make amends, and still has much to offer society.  I hope you can find it in your heart to show him mercy.  Thank you for your consideration.

Very Truly Yours,

Andrew F. McKown, P.E.

# Exhibit 4Z

# Letter from Jeff McKown

February 27, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Brown Jackson,

Thank you for taking the time to read this letter. My name is Jeff McKown, and I'm writing on behalf of Ryan Cooper, my cousin, who I've known for all 28 years of his life. I'm appreciative of the opportunity to shine a light on Ryan's character, and hopefully give you a picture of him beyond the crime he's connected to.

Before addressing my relationship with Ryan and the type of person I know him to be, a bit of background on myself. I currently lead Training & Development for a 4,000 employee financial services firm – a firm I've been with since 2004. Over the years, I've held a number of roles within the firm, as well as outside it, where I've co-founded and help run a small consulting company. My work has taken me from Beverly, MA, where I grew up with Ryan, to the San Francisco Bay area, where I spent 14 years, to just outside Dallas, where I currently live. I've been happily married for 16 years, and my wife and I are blessed with three beautiful young children, who keep us busy.

As two only children in a tight-knit family, I've spent a lot of time with Ryan over the years and care about him deeply. I'm 13 years older than Ryan, so I've gotten to see him grow up from the perspective of an older brother, and I'm proud of the smart, talented, resilient, and caring person he's become. Given the nature of my current job, I've had the privilege of overseeing the professional development of lots of talented people, and by any benchmark, Ryan is talented. I've followed his career at Tableau – which my firm is a client of – and I've had a number of conversations with him about his work. Ryan has deep technical expertise and strong data analysis and visualization skills. I remember one conversation with him, in the midst of one of our family gatherings in New Hampshire, where he got out his laptop and took me through his work, showing me the various dashboards and capabilities he's built. Not only was I impressed, I found it tremendously helpful and informative for my own work.

But Ryan isn't simply a data wizard, he also possesses remarkably high levels of emotional intelligence. I've seen this on full display at countless family gatherings over the years. I recall his graduation from George Washington, where despite being pulled in numerous directions, he was incredibly kind and welcoming, taking the time to make each family member, including me, feel appreciated and part of the experience with him. In more recent years, my wife, kids and I have travelled back east most every summer for family gatherings at Newfound Lake in New Hampshire. Despite the personal challenges he faced, Ryan would always show up and be present. I'd watch him caringly interact with our younger cousins, who looked up to Ryan,

listening actively to them and offering guidance.  I'd watch him interact with my mother, listening to her as she voiced her struggles with my father's Alzheimer's diagnoses, helping her feel heard and understood.  And I'd see him interact with my own kids, giving them each time and attention.  Knowing Ryan the way I do, it's been difficult to reconcile him with the content he viewed.  I can only say that he made a mistake, one which I know he's extremely remorseful of, and that I trust him fully and have no concern that he'd ever be a threat to anyone.

Ryan has faced a number of challenges throughout his life, and I've been impressed with his resilience.  He's battled with bipolar disorder.  He's come out as gay.  He's been sexually assaulted.  I list these things not to seek sympathy or make excuses, but to demonstrate some things he's had to overcome.  This past summer, our grandfather (our mothers' father) passed away.  Despite these charges hanging over him, Ryan was highly supportive of his mother and our family during this difficult time.  He spoke at our grandfather's services, and brought me and many others in the audience to tears.  That's the well-spoken, articulate, caring Ryan that our family loves dearly.

While Ryan is resilient, I fear what a prison sentence may do to him.  I recognize this has been brought about by his own doing, but the punishment here, and possible unintended consequences of that punishment, seems overly austere given the crime.  Mental health is a very serious issue in our family.  Another cousin of ours, Shawn Wishart, who Ryan and I were very close to, committed suicide on February 8th, 2020.  Shawn was also like a brother to me, and like Ryan, had long battled with mental health.  Having just lost one cousin, I'm deeply concerned about losing another, which is why I beg for your leniency.

I know Ryan to be of strong character and trust he poses no risk to society.  Rather, he's an incredibly productive member of society with a unique skill set and a tremendous amount to give.  I hope and pray he's allowed that opportunity.

Thank you again for reading.

Sincerely,

Jeff McKown

# Exhibit 4AA

## Letter from Laurie Murray

March 4, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

I am writing to you on behalf of Ryan Cooper, a dear friend since birth. I have known the Cooper family for over 36 years, a very close knit, warm and generous hard working family. I was present for Ryan's delivery to give you the scope of knowing this industrious young man.

I am a mother of three, all younger than Ryan, my youngest now 19. They have known Ryan their entire lives, he has been a role model to them as we often stayed in his family's home for our ski trips, lake visits, family gatherings, we visited him at his high school to see him in performances and watched him as he crewed for Brewster Academy. We read his articles in his school newspaper and celebrated his achievements. My oldest, now 25 chose to follow Ryan's path to do a summer session at Brewster Academy's English program, my son feeling that his English skills weren't up to par, especially compared to Ryan.

As the time came for my children to investigate their college choices, Ryan toured them willingly through the halls of George Washington University, giving them their first exposure to higher academics on a beautiful Saturday afternoon. Throughout our lives, Ryan has been a very positive role model for my family and I have been ever so grateful for that peer mentoring he provided for them, especially as they are finding their own successes.

I have been a stay at home mother for the last 20 years, working in Real Estate, when I first met the Coopers, putting myself through college and later as a Community Director and State wide Communications Director for The March of Dimes. I also coached soccer, was the perpetual room mother, and one of the founders of the first charter schools in the state of New Hampshire, education and personal learning styles becoming ever so apparent. I have had a lot of experience with so many different children and their unique individuality.

When Ryan's parents told me about him coming out as a gay man, I had no misgivings. It was not a surprise, his gentle and kind demeanor, his drive and ambition, his focus and determination, all very admirable qualities in a young man. He has always been an influential role model in the lives of my children. He was, and is the same boy we have always known and loved.

Ryan is an extremely well rounded, educated, successful and empathetic young man, this new piece of information comes to me as another mistake that our youth are stumbling upon. I won't profess to know the details of this indictment, but the scope of it is overwhelming. Again, as a mother of children in this new digital age, I can only remember my sixth grader on his computer, shutting it down abruptly because he didn't understand what flashed on the screen before him. I'm fortunate that he came to me later, saying he was afraid to turn it on, he didn't even posses the vocabulary to explain what her saw. It was the mistake of his typing that took him to his first exposure of internet pornography. As a child never mind the parent, you can't unsee what's been seen. I had to explain it as "Remember when I told

you about "bad people" and "stranger danger"? How else do you explain how a click of a mouse can take you to something so unexplainable to a child? You don't want them to think the world is scary and evil, but you do have to explain that there are evil doers manipulating the weakest of humanity. I can not even fathom placing Ryan in that category. My mind goes back to my 6th grade boy with a computer that had full parental controls installed to prevent this obtrusion that we never even dreamed of back then. Now that reality is too real, it makes us question, as a society, how can this happen so easily? How can a child see something like that? To this day, I have no idea what he saw, but he was obviously very frightened. My question would be, how is this material so easily available? How is it so easy to stumble upon? And God forbid, if someone actually wanted to seek it out, why is it that easy to find? And who is making this and able to put it out there so freely? Why are we persecuting and ruining the lives of good and decent people because of a keyboard click? Never mind the actual "actors" in these mindless, desensitized versions of reality. Again, I think of my 6th grader, an 11 years old I think?? Children don't deserve innocence or protection these days, do they? Predators get to choose our children's outcome. I don't believe Ryan is one of those people. I do believe he made a very grave mistake and is extremely remorseful of his errors.

Thank you for your time in listening to my words. I can't imagine any of this is easy for you. The Coopers are a hard working, close knit family that I have always felt myself privileged to know. They have had more than their fair share of hardships, and yet they've always persevered, they've stood together no matter what and don't dwell on injustices, they just hold on and keep going. They've recently lost their father, and now a nephew. I often think about Ryan's suicidal tendencies and I think I see the hopelessness when your core is removed from you as a child, yet he continues to put his best efforts out into the world, his cousin, no words. I say this to ask you to consider how much good Ryan can do in this world to overcome human trafficking, pornography, and social injustice. Prison seems like a waste to what has been given to the courts to better our crumbling world. I hope you will consider alternative solutions for someone with so much to give back.

Sincerely yours,

Laurie Murray

# Exhibit 4BB
## Letter from Ivan and Barbara Quinchia

The Honorable Ketanji Brown Jackson
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001.                          February, 25 2020


Judge Brown Jackson,


This letter is in reference to Ryan Cooper, son of Suzanne and David Cooper who
have been good friends since 2010. We have found the Coopers to be very
generous, hard working individuals dedicating a lot of their time to support Ryan's
psychological needs, educational direction and professional career. For as long as
we have known the Coppers, Ryan has been the primary focal point in their lives.

When Suzanne and David told us about Ryan's admission of this crime, our
feelings were many. Anger because of his lack of judgment, sadness because of
the struggles Ryan has had with depression and bipolar disorder, concern and
empathy for the victims because this was not a victimless crime and a sense of
helplessness for Suzanne and David.

Frankly, we were very shocked upon hearing about the incident, because the Ryan
we have known and grown to love is a person always concerned about the
underdog, the disenfranchised and individuals lacking representation and
advocacy.

In one particular instance while having dinner in DC, Ryan confided in us that he
was considering leaving his management position as Assistant General Manager of
Sequoia at Washington Harbour, a job he loved and an organization he assisted in
managing with a great degree of success. However as the conversation
developed, Ryan shared his concern about the welfare of his employees, many of
whom only spoke Spanish. Over the span of four years, he had trained, developed
and in many instances communicated with these employees in their native
language.

Ryan's pride in the relationships he developed and the growth and recognition he
experienced with his team were very evident and something he didn't take lightly.
Ryan was visibly upset, concerned about leaving Sequoia at the height of the
season, concerned about the fair treatment of those he was leaving behind relative
to hours they needed to survive. Ryan was the only liaison for the many Hispanic
employees and was torn about this decision.

We hope the best for Ryan and we will be there to support him as well as Suzanne
and David regardless of the outcome.

In closing Your Honor, Barbara and I thank you for giving us an opportunity to provide you with a different window from which to peer into a small part of Ryan and his family's life as you come to a decision on Ryan's sentencing.

Sincerely,

Ivan and Barbara Quinchia

█████████

Hebron, NH 03241

# Exhibit 4CC
## Letter from Maurizio Reyes

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Ave NW
Washington, DC 20001

3/6/20

Dear Judge Brown Jackson,

My name is Maurizio Reyes and I have known Ryan Cooper since 2012 when I hired him to be a host at Sequoia Restaurant. After earning his way through the ranks to become Assistant General Manager in his four years at Sequoia, he remains one of my best friends to this day, and I was heartbroken to learn about his situation. I am writing this letter to give you a small look into the life and work of a young man who I deeply admire. For background: I was the Sequoia's General Manager from 2008 until 2018. I worked for the parent company, Ark Restaurants, Inc. from 1994 until 2018. I am presently with Knead Hospitality in DC.

Sequoia is a large, high-volume, high revenue restaurant, 26,000 square feet and 1,100 seats, with a heavy seasonal business in the summer. With so much employee turnover, faces and memories blur, most are not memorable. This is not the case for Ryan, with who I share many cherished memories as we fought in the trenches to make the restaurant better together each day.

On New Year's Eve of 2014 we were minutes away from opening the doors to a high-stakes 1,600-person event. I was outside on the balcony overlooking the Washington Harbor tinkering with a propane-fueled space heater, when it suddenly exploded into a ball of flame directly into my face, singeing my hair and burning off an eyebrow. Flames continued to billow violently from the broken device. I called to anyone who could hear me on the walkie-talkie, and Ryan was first on the scene. He assessed the situation quickly, grabbed the nearest fire extinguisher, and ran outside to fight the fire while I nursed my injuries behind him. The massive fire would not go out; the gas from the tank was feeding directly into the open flame source. We were both choking on the dust from the extinguisher. It was impossible to see anything but the brightness of fire. Whenever the fire seemed like it was out, it would erupt again the moment that Ryan released the trigger on the extinguisher. It was terrifying. Instead of running at the first, second and third signs of failure, Ryan dumped every ounce of that extinguisher into the fire, and ultimately won. Ryan saved the event. I went to the hospital to have my injuries looked at while I left Ryan in charge of the biggest event of the year.

Roughly five hours after that emergency, another arose. A young lady had fallen and split her head open on the brick patio. I was the first on the scene this time. There was a lot of blood, and the amount kept growing by the second. I screamed for Ryan into the walkie-talkie, competing against the deafening music, and told him to call an ambulance. He had to run outside the venue to make the call while I stayed with the young lady and her friends. Each minute felt like an hour, and she was unconscious. I panicked and kept telling Ryan to hurry because of all the blood. He understood the danger, but was calm, cool, and collected. He secured help for her, cleared the way for EMS, and helped get her evacuated to the ambulance. Then he moved onto the next crisis. That's the sort of guy that Ryan is. No matter what the problem or emergency is, he'll fix it, and then move onto the next one completely unphased.

This isn't to say that Ryan is a robot. Far from it. He is the most compassionate and passionate managers I ever worked with. On one busy summer night, one of our busboys got injured on the job (a door slammed into a tray he was holding, which ended up cutting his cheek very deeply). The busboy, Jorge, did not speak English, so I sent Ryan with him to GW Hospital. Ryan stayed with Jorge for the entire four-hour visit, translating for him, keeping him company, learning about his family in Mexico who he supported financially from thousands of miles away, and helping him navigate the workers comp/insurance process with the hospital's social worker. Ryan spearheaded the workers comp process for the whole restaurant, ensuring that dozens of employees who got injured on the job were taken care of. That was his goal-to make sure our people were taken care of.

These are just three stories from many that Ryan and I have shared together. It is not uncommon for people in corporate workplaces to step over others to get to where they would like to be. At Ark, there was a joke that was repeated often among general managers and it was this: "Don't open a door too fast because chances are, there's someone behind it with a dagger aimed at your heart." Ryan very generously used his organizational, written communication, and technology skills to contribute to my success. He viewed this as part of his job as Assistant General Manager and my right hand, and not as a favor he was doing that he could leverage to his advantage one way or another at some point down the line. That is a rare gift in a corporate environment. In my opinion, it's also a pretty clear statement about Ryan's personal ethics.

Ryan and I have kept in touch since he left the restaurant in 2016. I even tried to get him to come back to relaunch the restaurant after a big renovation, but his heart was set on joining the tech industry. Every time we reconnect, it's as if no time has passed for us at all. We're still the same team. When Ryan asked to meet with me so he could tell me about his charge in person, , I was speechless. This is not the kind Ryan I know. When Ryan worked at Sequoia, he had a long-term relationship with a young man named Matt for over two years, who often came to visit Ryan at the restaurant. It was always touching to see them together. He is clearly interested in mature, adult relationships, not children. As the father of 6 kids, ranging from infant to college-aged, I had no idea how to reconcile the young man (I still call him a kid) who sat in front of me, who I have known to be such an amazing human with an unthinkable crime like child pornography. Ryan and child pornography don't fit together. It doesn't make any sense to me. But here I am writing a letter begging for mercy for him. I don't mean to be disrespectful to the court, but it seems like such a tragedy to pluck Ryan from the world and lock him up for this. He's a good kid and I think he made a bad mistake. He kept apologizing to me throughout our conversation and I could tell how hard it was for him to explain all of the painful and embarrassing details and how awful he felt for what he had done. He said he was afraid to tell me because I am a father of young children. It must have taken intense courage for him to overcome that fear and be honest with me. I still love and respect Ryan like a brother, that remains unchanged. Even knowing what I do now, I would still trust Ryan to babysit any of my kids.

Your honor, please let Ryan come home as soon as possible. He has been a gift in my life and a gift to the world. He has so much to give and it breaks my heart to think that he will be sidelined for many years in a bad place with a lot of bad guys.

Sincerely,

Maurizio Reyes
General Manager, Tico Restaurant,

# Exhibit 4DD

## Letter from Tyler Rowell

**Tyler Rowell**

████████████

Los Angeles, CA 90068

**The Honorable Ketanji Brown Jackson**
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 2001

Your Honor,

Thank you for reading this letter prior to Ryan's sentencing. The purpose of this letter is to provide my heartfelt support for Ryan, and some insight to his good nature. Ryan has helped me through countless struggles both past and current, which he always approached from a place of empathy.

Ryan and I share an intense form of depression which was a discussion first visited several years ago, and many times since. As I have experienced myself, this illness has a tendency to take you to dark places where you otherwise would not venture. On a specific instance I was standing on the balcony alone at our friend's condo. My head was filled with dark thoughts and although I wasn't at the point of doing something irreversible, I'm thankful Ryan convinced me to come inside as he knew what I was going through. It is his genuine care and willingness to shoulder another's pain which is a true rarity.

This past November, I visited with Ryan with my partner and a mutual friend. Though I was unaware of his circumstance at the time, I could see that something was off. Throughout the duration of the trip, I would catch Ryan staring off, playing with his food and speaking very quietly. I now understand that along with many other complicated emotions, Ryan must have been feeling remorse.

I like to believe that it is not the mistakes we make that define us, but rather our willingness to correct them. I know Ryan is committed not only to paying his debt to society, but also a debt to himself. The road ahead is sure to present Ryan with obstacles that I can't begin to imagine, but with the present and strong support of friends and family I am confident his growth and reform will be successful.

I ask for your leniency when issuing Ryan's sentence. Thank you for your attention.

Respectfully,

Tyler Rowell

# Exhibit 4EE

Letter from Faith Victoria Rubin

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

March 3, 2020

Dear Judge Brown Jackson:

I am writing in support of Ryan Cooper, who is a former coworker and a personal friend.

I've known Ryan since summer of 2012 when he first joined the staff at Sequoia restaurant.  He
was not even 21 years old at the time and was still in school.  Sequoia is owned by Ark
Restaurants, Inc. in New York, and at I was the regional beverage director for four high volume
restaurants in DC.  I left Ark Restaurants in November 2018 and am currently the beverage
director for Unconventional Hospitality, Inc. in DC.   My workload was intense, and my focus
was largely on the bars and on managing the sales and revenue my department yielded.  I was
"corporate" management and not a full-fledged member of the management team in any one of
the four restaurants I covered.  I very rarely paid any attention to staff other than bar staff.  This
was particularly true at Sequoia where, in peak season, we had a revolving door of 80-100 front
of house employees, many of whom disappeared right about the time when I had figured out who
they were and what they were doing there.  I noticed Ryan immediately because of the indelible
first impression he made on me.

Ryan had been hired as a host, and his position was to staff the front desk.  All new staff received
an employee manual.  Very few of them actually read it.  The host staff manual listed corporate
management by name and position.  It also detailed host dress code.  Host positions are the
hardest front of house jobs to fill, and the expectations outlined in the manual were rarely
required in real time.  I was used to new hosts who wore club clothes rather than business attire,
who greeted me by asking if I had a reservation,  and who told people who called the restaurant
phone rather than my mobile that I didn't work there.

The first time I walked into Sequoia via the front door on Ryan's watch, I saw a very young-
looking, very well groomed, and very properly dressed person who greeted me by name,
introduced himself and handed me several clearly legible, grammatically correct, and detailed
messages that he had taken for me earlier in the day.  I am someone who worships at the work
altar of intelligence, professionalism, competence, self-motivation and drive to excel.  My
takeaway from this introduction to Ryan Cooper was that he checked all these boxes. He lived up
to this without exception the entire time I worked with him.

Not too long after that there came a day when I was filling in as a front of house manager at
Sequoia when Ryan was the maitre d' on my shift.  My work persona is that of a relentlessly
driven perfectionist who takes no prisoners.   This particular lunch was shaping up to be far
busier than expected and I was understaffed.  Just as the peak volume was approaching, I got a
call from one of the other restaurants that was having a bar "emergency" that I needed to address
immediately and in person.

Without even a second thought, I handed Ryan my keys, told him he was in charge and left him to run the shift, silently thanking any greater force that was listening that Ryan and not another host was working that day. I made this decision because I knew that Ryan *could* do it and because I knew he *would* do it in a way that would get my result. And he did. Trusting someone else enough to give him/her total license to perform what is technically my job is the highest accolade I can possibly give. That was the first time I gave it to Ryan and there were many other times that followed. I was not alone in my opinion of and confidence in Ryan, because by summer's end, Ryan was asked to join Sequoia's management team. I should note that at that time, he had just turned 21.

Ark Restaurants has a corporate culture that places very little value on training. They simply hire managers, throw them into the ring and hang them out to dry if/when they cross some unwritten line or otherwise fail. Ryan made it his business to train himself and, having passed Management 101 with flying colors, danced circles around the rest of the management team. Three months later, he was then named Sequoia's scheduling manager and within the year was promoted to assistant general manager.

In nearly all restaurants, the scheduling manager position is reserved for the most experienced manager on the team, especially in restaurants like Sequoia where the front of house staff numbered close to 150 members. This position requires walking a tightrope to balance staff requests/expectations with what is best for the business. It also requires a huge amount of patience and diplomacy as well as the ability to be fair and consistent. Communication skills are key. It is a highly stressful position largely because for tipped employees, their schedule is their paycheck, and every one of them wants to be the most highly paid, regardless of ability or performance.

At the time Ryan took over scheduling, Sequoia's bar staff was essentially making their own schedule and answered to no one. Their so-called "bar manager" was a bartender himself and lacked the perspective and objectivity needed to effectively manage his coworkers. He gave the best shifts to staff members who were his personal friends and posed no threat to him. As a result, there was so much turnover that the bars were perpetually short staffed. The core, tenured bartenders were very unhappy to have a new manager take over their schedule, and they were openly hostile toward and disrespectful of Ryan when he did.

Despite the enormous amount of angst he experienced, Ryan maintained a calm, composed and professional demeanor when faced with this challenge. He was far more patient than I ever would have been, but he still stuck to his guns. He took his responsibility to them as their manager very seriously but did not fall into the trap of feeling he had to be their friend. He very clearly explained and communicated his rules and expectations, and he consistently and fairly enforced them. He gave everyone the opportunity to earn the schedule they wanted, and he set them up to succeed in their efforts. Because of this, he earned their respect and confidence. This achievement becomes even more remarkable when considering that this staff had a median age twice that of Ryan's and many more years of cumulative restaurant experience than he had been alive.

Ryan was, in my eyes, an exceptionally gifted, precocious and dedicated colleague. He also was and continues to a loyal and supportive friend. Ryan had my back with the Sequoia management team, most of whom I thought were idiots, especially when it came to managing the bars and the bar staff. He actively advocated for me on many occasions when my bad attitude and failure to play nicely in the workplace sandbox caused controversy or drama. Despite his own considerable workload, Ryan went out of his way to help me in any way he could.

When Ryan first told me of his current situation, he asked me what I thought about all of it. My gut response was that I felt that the consequences he faced were unwarranted in light of my belief that his was a victimless crime. I fully expected that Ryan would agree with my assessment, and I was quite surprised when he very calmly but firmly told me that his actions did in fact have victims, that he felt terrible for having participated in predatory behaviors and that he wished that he had thought it all through before making an impulsive and poorly conceived decision. That answer made me think twice about my own perception of what constitutes victimization. Ryan then said that the worst consequence of his behavior was that he would have to live with having done it for the rest of his life and that the only way he could make his peace with this knowledge would be to continue to make his own amends even after he paid whatever price would be required of him.

I've always believed that there is a difference between who someone is as a person and the choices they sometimes make. I believe that everyone sometimes -- and most times unwittingly and in response to stressors s/he may not fully recognize -- behaves in a way that is incongruent with their values and ethics or makes a seriously poor judgment call. I have no idea what triggered Ryan to do what he did. I haven't asked and I don't need to know. Because I believe with all my heart and soul and without reservation in Ryan's decency as a person despite his having made a serious mistake - most likely for the very first time in his very young life. I really can't fathom the concept that this one "bad" action might actually rob him of the future I feel he deserves, especially at a time when I also feel that our world needs more people like Ryan in it. It's also my belief that Ryan truly didn't understand the implications of what he was doing at the time he did it and that he most definitely did not knowingly set out to harm another person. What's more, I believe without reservation that Ryan will do exactly as he said he would do and that he will use his intelligence and drive to make up to himself and to others for what he did that was wrong. And, finally, I find Ryan's grace and equanimity in taking ownership of his own mistake speaks volumes about his courage and personal ethics. I hope more than I can say that you will hear that too.

Thank you so much for your consideration.

Faith-Victoria Rubin

Beverage Director
Unconventional Diner
Washington, DC

# Exhibit 4FF

Letter from Ryan Schweitzer

March 06, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C., 20001

Your Honor,

I have known Ryan Manning Cooper for the better part of ten years. We met when we were both starting college. Our friendship is a lasting one, built over time. We did not instantly gravitate to each other, but built a bond over a shared sense of intellect and emotional attachment. We have been a part of an intimate friend group kind of akin to a sitcom dynamic, a cozy cast of characters. Over the course of those ten years, Ryan and I have shared our lives with each other in a manner that has been unique for me personally. Ryan and I see each other fully, we both have an innate sense of when the other is feeling down or how to cheer the other up. Our means of expression vary quite drastically, but the quirky differences coalesced into a truly powerful relationship that has survived multiple cross-country moves and a multitude of other obstacles.

I know Ryan as someone who I can always confide in. Someone who will always have my back. Someone who has always been there for me. We lived together for a few months in the summer of 2016 which we endearingly called the "Summer of Ryan" and this was when our bond with each other fully solidified into a more brotherly sort of relationship. We are family at this point. I was working with my family at the time appraising residential real estate and Ryan was in transition from his job at Sequoia to Tableau. It was a time of reflection for him, where things were rather uncertain, but the possibilities moving forward were bright. We had a knack for reading each other and building each other up in a positive manner. We would often spend hours outside on the balcony sharing stories of our childhoods, trying to solve the riddles and mysteries of ourselves in order to grow. Ryan and I are very close in age, but have had vastly different upbringings.

We both identify as members of the LGBT community, a reality that has caused us each hardship in one way or another. We would love to dissect the root causes of those hardships by talking about our own personal experiences and how they tied into our roles in society - with our families and on a larger scale. We both have a background in Feminist/Queer/Gender theory and one of our favorite past times would be chatting at length about the nuances of being gay in modern times, and what that meant for us as individuals. I bring this up, because it pertains to our sense of selves and it greatly affected our mental health. Ryan and I both have suffered from anxiety and depression in our own ways. A lot of this has to do with our sexualities and how we coped in a society that hadn't necessarily begun to accept us. We both came out in our mid-teens and we both had a harder time than most kids that age adapting to a society not quite ready for us.

We would always create a safe space for one another, sharing details of our experiences that very few other people knew. This level of trust overflowed into the rest of our lives and made it nearly effortless to confide in each other. We often talked about how we were one of the last generations to come out of the closet and meet severe resistance. We both come from privileged, supportive backgrounds, but we were both met with a set of challenges from our families and the people we were surrounded by. I, for instance, attended a religious school as a child, and learned to internalize a sense of homophobia, which in turn caused me to loathe that side of myself. That self-loathing festered and consumed me at many times in my early adulthood, causing me to make decisions that weren't always in my best interest. This is also true for Ryan. He had a history of sexual assault at the private school he attended, a trauma I can testify never truly settled. Through our friendship we have been able to address these issues and become better people for it. We are both emotionally intelligent and thus sensitive; to ourselves and to those around us.

I know Ryan to be one of the smartest, caring people I know. I would often joke with him about how much it annoyed me to know that he was smarter than me. Ryan never would use that against me though, and we would use our strengths to build each other up. When I lost my job with my family, a situation that was as much personal as professional, Ryan did everything in his power to try and guide me to something else. He referenced me to his colleague and Tableau and got me a series of interviews which did not pan out. However, without his support at that moment, I would have been lost. That was the darkest period of my life, a year without ample resources to get by and nothing but uncertainty. Ryan was there every step of the way, to remind me how supported and loved I was. When the going gets tough I have a tendency to isolate, but Ryan would always have a way to bring me back to the world. I will always love him unconditionally for being able to see me exactly where I'm at and vice versa.

Ryan moved to Seattle for his position at Tableau and it was his turn for a dark period. I tried to excite him about the prospect of a new journey where he would have adventures and learn about himself through the change. Unfortunately, this wasn't how it worked out for him. He had a hard time adapting to his new home, being away from his support group in our intimate little friend group. I know that it was within this dark time that his mind spiraled in his isolation. I'm attempting to paint a picture of how mental health and a sense of community play into the choices we make. Often when you feel lost you make decisions that don't reflect your true character. Ryan made one of those decisions.

Ryan and I tell each other everything, from the mundane goings on of our work life to the private details of our love lives. I know what Ryan likes. I know that he doesn't like spicy food and I know his type of romantic partner. When Ryan told me the news about all of this, I was completely blindsided. We were on the last day of a vacation with his family. They all talked me into going with them and I was thrilled to be a part of the festivities, as I'm not usually one to take trips like that. We were in Anguilla, a Caribbean island, and had shared a room the entire time. For as well as I know him, I didn't have a clue. Somehow he hid this scary detail from me. On one evening, he had a breakdown with his dad on the beach while we were at dinner. I made multiple attempts to go over and intervene without knowing the context. We fondly laugh about that because everytime I would try I would yell, "I'm announcing myself!" from ten feet back so as not to invade their privacy. Ryan was fully breaking down in remorse of the situation.

When he finally told me on our last night together in our shared room, I felt like I had been hit by a car. The only way I can relate the physical reaction I had is to hearing news that a family member had just died. The gravity of it all was that intense. It was visceral. This is someone I know deeply, a brother, and this was an action that I could not conceive of him.

I know who Ryan is, I know him on a profound almost spiritual level, and I know that this is not who he is. He's one of the best friends I've ever had and this is the largest obstacle we've faced, but even though it's based on a decision Ryan made on a personal level, we're facing it together, just like we always have. Ryan has a light that he brings to a situation. He's a brilliant mind with a lot to give to the world. He's an amazingly loyal friend who has taken the most genuine interest in my life even when I've been at my lowest. I know that these realities don't change what he did. However, I hope that they convey a little more about who Ryan is as a person. This wrongdoing does not define him, and while we all understand that he must answer for his actions, I hope that he can answer for them in a lenient manner. We are both at a milestone age, leaving the difficulties of our twenties behind us, and it is tragic to know that I won't have my best friend with me to tackle the beginning of our thirties.

Respectfully,

Ryan M. Schweitzer

Washington, D.C., 20001

# Exhibit 4GG

## Letter from Steven Segar

**Steven Segar**

▮▮▮▮▮▮▮
Los Angeles, CA 90068

**The Honorable Ketanji Brown Jackson**
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

Thank you for taking the time to read this letter before the sentencing of my friend Ryan. A little about me; I am currently a business owner in the event production industry in Los Angeles, and previously lived for many years in Washington, D.C. where I worked in the restaurant industry. I first met Ryan in 2010 through a close mutual friend.

Ryan is a person who's friendship is earned, and I am thankful for accepting the challenge. As time passed, however, I didn't find it to be much of a challenge at all. He appreciated our differences, responded to kindness with kindness, and was always present to help me through a difficult time.

One of the darkest periods I had in recent years, was the abrupt end of a relationship which came at the same time that I lost my business, my home and subsequently all motivation for life. I only confided in a few people during this time. I knew Ryan has had moments of darkness in his past when he felt defeated and alone. He understood my struggle and knew what I needed was not answers, but to feel that someone cares and that everything would be okay. It was in large part Ryans support and encouragement that helped me get back up and be stronger than before.

Ryan possesses a rare brand of friendship; one which is fueled by love and is without judgement. I like to believe my friendship for Ryan is of the same brand. Hearing about this situation is of course painful. I still don't know if I am angry, sad or confused. Probably all three. But what I *do* know is my friend Ryan. I know he is remorseful. I know he is a man of integrity. And I know he is eager to pay his debt.

Ryan will continue his personal sentence long after he completes the one issued to him by the court. The Ryan I know will probably never feel fully redeemed, but I say with the utmost confidence that he is to emerged from this with a powerful will to contribute all the good he is capable of to his friends, family and society. He will have my full support and the support of his friends and family to further ensure a healthy and positive future.

I plead that you consider my words of support for Ryan, and my testimony to his character, when issuing his sentence.

Respectfully,

- Steven Segar  03-06-20

# Exhibit 4HH

## Letter from Rodney and Denise Spencer

**Rodney and Denise Spencer**

███████████████

**Bristol, NH 03222**

███████████████

**March 1, 2020**

The Honorable Ketanji Brown Jackson

United States District Court

District of District of Columbia

333 Constitution Ave. N. W.

Washington, DC 20001

Dear Judge Brown Jackson:

Thank you for taking the time to read this support letter for our nephew, Ryan Cooper, whom we have known since his birth.

I, Rodney, am a retired machinist for a well know automotive seals manufacturing company, Freudenberg. My wife and I are active in our local church as worship team members, which includes singing with our team for church services and coordinating most aspects of the service. I also, participate in an outreach visiting people whether at home or in the hospital.

I, Denise, am a buyer/planner for Viant Medical Co in Laconia, NH. The company assembles medical devices to help doctors save people's lives, something I take seriously and feel my part in the company is very gratifying.

There was a transitional time (about a year) of Ryan's parents, my brother, David, in New Hampshire wrapping up his construction business and my sister-in-law, Susan, in Massachusetts starting a new job. During this time, I, Denise and my daughter, Elise, were very active in his life. My daughter, Elise, was like an older sister to Ryan and they enjoyed playing together each day and became very close. Unfortunately, once my brother and family moved to Massachusetts, we would see them less frequently at family gatherings.   We went to one of his plays and of course his high school graduation party.

 We know Ryan has done something that is not appropriate and understand that he should be sentenced to prison time.  But he is not someone who would be considered a threat to anyone but himself.  He has been sexually assaulted in high school as well as college, (something we recently found out about).  He had a hard time "coming out" as gay, knowing that he may be judged by us, his family.   Moving to Seattle for a new job, away from his professional doctors, friends, and family, Ryan made a wrong decision and logged into a gay porn website and viewed something that "crossed the line"; this he regrets and is ashamed of.

We would like you, Judge, to know that we want to support him and his parents in any way we can during this time and in the years to come. We are praying that you make a right decision for his life. We will continue to pray for him and his parents throughout this process and the rest their lives.

I would again like to thank you for reviewing this letter in support of Ryan.

Sincerely,

Rodney and Denise Spencer

# Exhibit 4II

## Letter from Elise Spencer

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your honor,

My name is Elise Spencer and I am Ryan's cousin. I am currently a delivery
driver, but previously worked at my partner's family business of assisted living.
Before that I was a manager of a home for 2 women with intellectual and
physical disabilities who required 24/7 care. Working in the caregiving industry
I have seen a lot of good and a lot of bad in this world.

When we were young children, Ryan and I were pretty close. I thought of him as
my little brother, as we are both only children, a sibling is something I always
wanted. When he and his parents moved to Massachusetts we still saw each
other at family gatherings and school-type functions. His family would spend
time at Newfound Lake, which is in Bristol, the town I grew up in, every
summer. I am grateful for those times we had, though now they seem so few. I
am saddened that as the years went by we became more and more distant. I wish
we had a closer relationship and I could have helped in some way.  I deal with
depression and anxiety and I cannot help, but to empathize with him and the
difficulties that incur daily.

I am truly heartbroken by this situation my cousin, Ryan is in. Not by the fact
that he crossed the line, but that so many others crossed the line and he is left to
pay the price. I by no means think that it is okay to look at underage
pornography, but when you look at the all the factors and put it into perspective,
one begins to have a different outlook. An outlook of frustration, guilt, anger,
and heartbreak. While I am glad that there are strict laws and penalties, I cannot
help to think that each situation should be treated differently and that there are
many factors as to why someone does something. Ryan was sexually assaulted
not once, but twice; he was actually <u>raped</u> and what was the punishment for
that? Where are the stricter guidelines and accountability for these sites?

_Accountability_ that is a good word for this entire trial. Ryan is someone which, despite the cards that he has been dealt, is taking accountability for his actions. He is someone that knows what he did was wrong and is doing everything in his power to make it right. Ryan cares! He is using his time to volunteer and attend counseling and therapy. He is making the world a better place for others and himself.

I fear that going to prison will have a bad effect on him. I fear situations he may find himself in and dark places in his mind that may not be helped there. I believe his place is much better served helping others and being a productive and kind member of society. Please if there is any possibility for him to not do prison time, grant it. I ask this respectfully and gratefully.

Sincerely,

Elise Spencer

# Exhibit 4JJ

Letter from Jonathan Springer

# SPRINGER LAW OFFICE, PLLC
### Attorney At Law

Portsmouth, NH  03801

February 25, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

     RE:    ***Ryan Cooper – Sentencing Hearing***

Your Honor:

     I write this letter on behalf of Ryan Cooper, who I understand will be before you for a sentencing hearing in the near future.  My hope is that you will grant some measure of leniency to Ryan Cooper.

     By way of background, I have known Ryan's parents for many years, and primarily his father, David Cooper.  I first met David in the late 1990s through business, became friendly with him and have remained friends since that time.  It was for that reason that the Coopers reached out to me when Ryan was the victim of a felonious sexual assault while attending a New Hampshire boarding school during high school.

     The assault occurred in 2006, when Ryan was 15 years old.  It was at a time in Ryan's life when he was first truly understanding and dealing with his own sexuality, and facing the difficulty of "coming out" in a small and conservative school community.  The person who abused Ryan (on several occasions) in my opinion took full advantage of Ryan's vulnerability. The abuser was aided by poor school policies regarding dorm security, reporting procedures and confidentiality.  It is not my intent to relive those facts in this letter, but suffice it to say, the problems were compounded by the fact that the school personnel who should have been most protective and helpful towards Ryan before and after the assaults failed in their jobs.

February 25, 2020
Page Two

For the purposes of this letter, what is most important about this incident is not the underlying facts, but rather, Ryan's response and that of his parents. When they consulted with me immediately after the events, they did not want to sue the adult perpetrator, nor the school, and they were never interested in any sort of monetary judgment or settlement (and indeed, never brought suit.) Rather, Ryan and his parents were concerned about how the lax policies allowed the assaults to happen and how the school handled reporting and addressing such assaults. Ryan suffered from the school administration's lack of care for his well-being in the immediate aftermath, and from bullying and harassing from other students due to Ryan's sexual orientation; bullying and harassing which never would have occurred had school representatives maintained confidentiality about the reporting. Despite all that, Ryan and the Coopers proceeded in a non-adversarial way; they did not resort to litigation, but instead, even after all that Ryan had suffered, they worked with the school to address issues of campus and dorm safety, reporting of sexual assault and confidentiality. Ryan himself wanted those items to be the goal, and not revenge or retribution. I was extremely impressed at that time by Ryan's intelligence, maturity and understanding.

In all honesty, that was the last contact I have had with Ryan, but I have to believe that those traits have not changed. I am sure you will be receiving other, more contemporaneous information about Ryan which will allow you to decide that.

I understand the crime that Ryan has plead guilty to. I make no excuses on his behalf and I fully understand the danger of child pornography in our society today. However, many years ago, at an extremely difficult time in his life, Ryan exhibited true understanding and compassion. I respectfully suggest that he is entitled to the same from the Court at this time. I hope you will accept this letter as grounds for granting leniency to Ryan when passing sentence.

Thank you, Your Honor, for considering carefully what I have set out in this letter.

Very truly yours,

Jonathan S. Springer, Esq.

# Exhibit 4KK

## Letter from Frank Stearns

February 14, 2020

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N. W.
Washington, D.C.  20001

Dear Judge Brown Jackson:

I want to share my thoughts about Ryan Cooper.

When Ryan was a young child, I met his parents Suzanne and David professionally. I was an outside counsel to Sprint PCS and worked with Suzanne and David on local land use work associated with Sprint PCS building out its wireless phone network in New England.  Ryan is similar age to my children (now 25 and 27) so Suzanne, David and I shared stories about our kids. Suzanne kept me updated on Ryan's development and achievements as a student.  There was a lot to be proud of given Ryan's zeal for learning and his very engaging interests in academic subjects.

Fast forward many years and my daughter Brooke in high school expressed a real interest in going to college in D.C. Ryan was at GW and agreed to meet Brooke and give her the inside scoop on going to college at GW.  He made her feel welcome. He re-enforced her enthusiasm to attend GW, if she could get in.  From what was reported to me he was genuinely welcoming and honest with Brooke.

Fast forward again, and Brooke attends GW and decides to stay in DC during summer recess and needs a job. Again, we arrange for Brooke to reach out to Ryan who is now working as a manager at Sequoia. Ryan helps her get a hostess job at Sequoia. Beyond that, he looks out for her and makes sure that she integrates into the culture of the restaurant. In other words, he cared about her succeeding at her job. And, Brooke always and consistently told me that Ryan was a strong leader and a really good manager at the restaurant.

One anecdote, but which is a testament to Ryan's character. One day at the end of Brooke's shift, she took her wallet out of the secure employee locker and left it briefly on the restaurant entrance counter. Someone grabbed the wallet and ran away with it. Other employees noticed a commotion, and Ryan appeared and started to chase the robber down. He got away, and though money was stolen (Brooke's fault) he dumped the wallet and thanks to Ryan's efforts Brooke got the wallet back. In the grand scheme of things this is a small deal, but Ryan acted immediately and professionally to do the right thing.

Fast forward again, Ryan realized given his education and his interests,  it was time for him to move beyond being a restaurant manager. He seriously considered law school. I spoke to him at length about my law school experience (1983-1986) and my views about being a practicing lawyer. The conversations alternated between highly practical advice about getting into law school and more intellectual topics that showed Ryan's high level of engagement with

important societal issues. Frankly, during those few telephone coaching sessions,  I learned a lot from Ryan about the scholarship around gender identity issues and related  international human rights which were topics of keen interest to Ryan.

The next time I interacted with Ryan was after his criminal charge. I spoke to him as a sounding board about his very difficult legal situation and effective ways to communicate with his defense lawyers. He was poised. He was remorseful. He was trying very very hard to be rational and objective about his circumstances. He was grateful and appreciative for my time and input. I did not sense any anger or other negative emotions that would suggest or might lead him to do inappropriate or illegal behaviors going forward.

The last time I talked to Ryan was in the summer of 2019 at his grandfather's wake. As before, he was sincere and genuine about wanting the legal process to treat him fairly. He showed no signs of denial or resentment . He was focused on how the legal process would play out for him and how he could try to keep his life on track fully recognizing the severity of his circumstances.

In sum, I believe Ryan has the will and conviction, and the parental support, to serve an appropriate amount of prison time but then become again a healthy and law abiding citizen upon release. He certainly has the education, skills, support network and personal and professional interests that will allow him to be fully contributing member of society.

I hope this is helpful to you.

Sincerely

Frank Stearns

Newton MA 02459

# Exhibit 4LL

## Letter from Erica Sullivan

The Honorable Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Brown Jackson,

Thank you for taking the time to read this letter and for your willingness to hear my perspective about my cousin, Ryan Cooper. My name is Erica Sullivan, I am a 22-year-old recent college graduate now working in contracts at Raytheon. I am the oldest of my three-sibling family, making Ryan the closest thing I had to an older brother and making him a person who I looked up to growing up.

Always the voice of reason, Ryan has an innate ability to see a situation in an unbiased manner and calmly walk through it with me. This has come in handy during a multitude of sibling disagreements where Ryan has been around to mediate and deescalate the situation. His calm demeanor and thoughtfulness is something that I admire about him and try to emulate in myself. Ryan is genuine and both thinks and speaks with diligence, those who know him well know that what he says he truly means. This is why I can confidently say that Ryan feels true remorse for the actions which lead to the situation he is currently in. In all of our communications he has not made excuses for him himself and has displayed that he is prepared to pay his debt to society and continue living a meaningful life upon his release.

Beyond those qualities, my cousin is a funny and witty guy who I love spending time with. Some of my fondest childhood memories are of playing Game Cube's Kirby Air Ride with him and my other siblings in the basement of the Cooper's Beverly household. Ryan would win almost every time, but each game came with hours of laugher and an unparalleled sense of accomplishment if I managed to win a round.

More recent memories include our yearly Christmas Eve tradition of going out to dinner in Boston and walking around the Boston Commons to see all of the Christmas lights. Christmas happens to be my favorite time of year, and this tradition with my family and the Coopers is easily one of the best parts. About two years ago my brother and sister didn't want to continue with the traditional walk around the Commons. Ryan, always being caring of others, did not waiver in his agreement to keep with the tradition even if Kendall and Brett were not in the mood that night and made sure I was still able to enjoy the aspect of Christmas time that I love so much.

From this letter I hope you can see that I have always felt safe and loved in the company of my cousin. He is somebody worthy of being looked up to, and worthy of being considered an older sibling. I look forward to all of the good that I know Ryan will do in his lifetime and your mercy, if you feel that is just, is not wasted on him.

Thank you again for your time.

Respectfully,

Erica Sullivan

# Exhibit 4MM

## Letter from Mark Sullivan

The Honorable Judge Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

I am a brother in law to the Coopers and have known Ryan his entire life. Through the years our families (my wife and I have 3 children) have cared for each other, spent vacations together, and shared time over every holiday.  My hope is to convey to you who Ryan is from my perspective and who he will continue to be in the future.

As a sales executive for a global technical organization, I want to share with you how impressed I am with Ryan's work ethic. In fact, I referred him for a position at my company. But Ryan had his sights set on Tableau. Never in my career have I seen someone prepare for an interview as he did. He learned the system he would be eventually selling and prepared a presentation for his first interview. Obviously, he wowed them. He quickly moved up the ladder in Tableau as they recognized his abilities and personality. In fact, he is now volunteering at DC Central Kitchen and was promoted to a leadership role on his second shift. This young man is a productive member of society and I believe incarcerating him would prove a loss to the wider community.

On a personal level, Ryan has been a part of our family and is like a brother to my kids. Though I come from a large family myself, the Manning sisters and their families have been incredibly close. Unfortunately, though a tight knit family, it's a small family with just 6 first cousins. Ryan told my children just before the holidays and they are struggling to come to terms with it. They have had to deal with another devastating loss in recent weeks with one of their cousins committing suicide.  I fear the impact of losing Ryan to incarceration to their psyches, as well.

Mostly I fear the impact on Ryan himself if he were to be incarcerated. He has always been hard on himself and I know he is remorseful for what he did. He's had mental health struggles and I worry about the impact prison will have on him as a human being.

Thank you for taking the time to read and consider my input.

Sincerely

Mark Sullivan

# Exhibit 4NN

Letter from Patrice Sullivan

The Honorable Judge Ketanji Brown Jackson
United States District Court
District of District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001


Dear Judge Brown Jackson,

I am Ryan Cooper's aunt and Godmother. He has been part of my family since the moment he was born. His parents, Suzanne and David, are not only relatives but our best friends. As such, we are incredibly close, spending much of our free time as families together. My family consists of my husband, Mark, and our three children, Erica – 22, Kendall – 21, and Brett – 18. In a sense, Ryan has been like a brother to my kids.

Having three kids, I was stunned to learn of Ryan's crime, but I did not hesitate for a moment to believe he made one bad decision at one very dark time in his life for which he is immensely remorseful. His mental health has been precarious since high school and access to mental health professionals and proper medications has made a significant difference. At one point in high school, he had a mental breakdown while his parents were traveling. I took him back to my home where he stayed in our guest room in such a deep depression for days. My heart ached for him.  While summering in NH, where we have vacation homes literally yards apart, I would drive him to his psychologist appointments; his parents' ensuring continuity of care.

We have many fond memories of time spent together as a close-knit family. We traveled to Disney sharing condo's or adjoining rooms. On one trip, when Ryan was around 10, he carefully and thoughtfully shopped for a special gift for his mother – a glass-blown horse. Unfortunately, the bag was stolen out of my daughter's stroller. Ryan was heartbroken, but even at a young age, he maturely handled the situation, returning to the store, speaking politely with security, ultimately receiving a replacement gift.

Every summer, Ryan and his Dad would put on a firework's "extravaganza" for our family and friends in NH. He would work for hours planning synchronization to music and even printing programs. We all looked forward to this annual celebration together. My neighbor still has one of the programs on his bulletin board. Christmas was met with the same attention to detail, where he would help his parents plan, prepare and serve our special dinner. He'd print a menu and announce each course with delight.

I'm sure others will speak to Ryan's intelligence, work ethic, and professionalism.  I can speak to his heart. This is a good, young man with a love for family, friends, and even strangers that would never intentionally do something wrong. I have trusted him with my children, treating him as one of my own and my heart again aches for the loss my family and I are about to face. I ask for your leniency in sentencing him. He needs access to good mental health professionals and his family, as much as we need him.

Sincerely,

Patrice L. Sullivan

# Exhibit 4OO

## Letter from Jess Towers



*Combating Hunger, Creating Opportunity*

425 2nd Street NW
Washington, DC 20001
www.dccentralkitchen.org

Judge Ketanji Brown Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

March 13, 2020

Dear Judge Brown Jackson,

This letter is to certify that Ryan Cooper has, at the time of this writing, completed 31 hours of community service at D.C. Central Kitchen (DCCK). From March 16 to March 30, Ryan was scheduled to temporarily assume my role as a Volunteer Program Assistant, which would have added roughly 80 additional hours to his volunteer work at DCCK. However, due to the novel coronavirus outbreak, DCCK is suspending all volunteer operations effective this Sunday, March 15. We will reevaluate opening the volunteer program in early April.

Since its founding in 1989, DCCK has prided itself on converting 3,000 pounds of otherwise wasted food in to 5,000 meals per day for area homeless shelters, women's shelters, local schools, and other needful organizations. This work would not be possible without the tireless efforts of volunteers like Ryan, who work closely with the professional staff in our kitchen to produce products for our Healthy Corners program, create daily meals for the area shelters, and assist with labor intensive tasks around the kitchen.

Ryan was a go-getter from the start. I met him on his second volunteer shift at the kitchen and, after describing his legal situation to me candidly, including his hiatus from formal employment, I saw an opportunity to leverage his talents and bubbly personality to spearhead the volunteer program in my absence while I planned to be temporarily abroad. Ryan would have been responsible for orienting new volunteers, placing them in stations throughout the kitchen based on need, and answering a range of questions as they arose. Standing in for me would have taken a massive weight off of the professional kitchen and administrative staff, who would have otherwise been forced to divert their attention to attending to the needs of volunteers and orienting them. I was unexpectedly absent one day, and Ryan immediately stepped up to help even though he had not yet completed his training. To make matters more challenging, the orientation video that we normally play for volunteers was not working. Not to be deterred, Ryan recited the entire video from memory and pumped up 60 volunteers for 2 great shifts.

I have no doubt that Ryan would have excelled in my role while I was away, and I only wish that I could have the opportunity to write an "after-action" report on his efforts and contributions following his stint in my role, but I understand that the timeline for his legal proceedings require that this letter be filed before my return to the office on March 31.

Be that as it may, I can confirm that Ryan has been an enthusiastic, friendly, and uplifting presence in the kitchen, forming bonds with new and regular volunteers and kitchen leadership alike throughout his time here. We will be sad to see him go. It is rare to find a volunteer with so much to offer to our good work, and I sincerely hope that Ryan is able to find meaningful work in a leadership position wherever he may end up. He has a lot to offer.

In conclusion, Ryan has always been quick to raise a hand wherever he can help out, and it is no stretch to the imagination to believe that he would have surpassed this grand total number of hours served as he continued to pick up shifts based on our needs.

I respectfully request that the court take Ryan's extraordinary volunteer efforts into consideration, with specific regard to the small promotion that Ryan has earned in his time volunteering with us.

Sincerely,

Jess Towers
Volunteer Engagement Specialist

**Tax ID 52-1584936**

# Exhibit 4PP

## Letter from Katherine Wishart



Beverly, MA 01915


February 19, 2020


The Honorable Ketanji Brown Jackson

United Stated District Court

District of Columbia

333 Constitution Avenue N.W.

Washington, DC 20001


Your Honor,

Thank you for taking the time to read and consider this letter in your sentencing of my nephew, Ryan M. Cooper. My name is Katherine Wishart, one of three of Ryan's aunts. I am a retired Registered Nurse, having worked in the heathcare system for forty-three years.

I have spoken with Ryan regarding his offense and he told me he takes full responsibility for his actions and is extremely remorseful.

Ryan is a kind, gentle, and compassionate young man. In 2017, I fell on black ice sustaining four fractures in my right leg. I now need a cane to walk. Ryan shows me compassion by being by my side assisting me while navigating the stairs. Our family is close. We have family dinners frequently to celebrate special events. Ryan assists with cooking the dinners. He is the first one up from the dinner table to assist with after dinner chores. He also sets up the board games for all of us to have fun.

Ryan has had some struggles throughout his teens to young adulthood. He met these struggles head on by attending regular visits to his counselor, which he said helps him. He is committed to continuing regular weekly visits with his doctors and counselors to help him cope with the difficult road ahead. He is also volunteering at two charitable organizations.

In closing, Ryan has the support of his family who will assist, mentor, and guide him through this difficult time in his life.

I pray you will take the information I have provided when you consider Ryan's sentencing.


Sincerely,

*Katherine A. Wishart*

Katherine A. Wishart