# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 19-cr-00382 (KBJ) |
| RYAN COOPER, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF CONSIDERATION OF SENTENCING STATISTICS

In connection with Defendant's sentencing, the Court will consider the attached statistics that the United States Sentencing Commission has provided in response to a request for data regarding the sentences relative to the guidelines range for offenders sentenced under U.S.S.G. § 2G2.2, who were in Criminal History Category I, and had a base offense level of 22, a 2-level increase under § 2G2.2(b)(2), a 2-level increase under § 2G2.2(b)(3), a 4-level increase under § 2G2.2(b)(4), a 2-level increase under § 2G2.2(b)(6), a 5-level increase under § 2G2.2(b)(7)(D), and a 3-level decrease under § 3E1.1.

Date: March 4, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge