**Selected Sentencing Information for Offenders Sentenced Under
§2G2.2 with a Base Offense Level 22, 2-level increase under (b)(2), 2-level increase under (b)(3), 4-level increase under (b)(4), 2-level increase under (b)(6), 5-level increase under (b)(7)(D), and a 3-level decrease for Acceptance of Responsibility (§3E1.1), for a Final Offense Level 34 with Criminal History Category I
Fiscal Years 2015-2019[1]**

|  | National | | District of Columbia | |
| --- | --- | --- | --- | --- |
| **Total Number of Offenders** | **895** | | **4** | |
| **Type of Sentence Imposed** | **Number** | **Percent** | **Number** | **Percent** |
| Prison Only | 883 | 98.7 | 4 | 100.0 |
| Prison and Alternatives | 12 | 1.3 | 0 | 0.0 |
| Probation and Alternatives | 0 | 0.0 | 0 | 0.0 |
| Probation Only | 0 | 0.0 | 0 | 0.0 |
| **Sentence Relative to the Guideline Range** | **Number** | **Percent** | **Number** | **Percent** |
| Within Guideline Range | 137 | 15.3 | 1 | 25.0 |
| Upward Departure | 0 | 0.0 | 0 | 0.0 |
| Downward Departure | | | | |
| §5K1.1 Substantial Assistance | 14 | 1.6 | 0 | 0.0 |
| §5K3.1 Early Disposition Program | 0 | 0.0 | 0 | 0.0 |
| Other Government Motion | 20 | 2.2 | 0 | 0.0 |
| Non-Government Departure | 29 | 3.2 | 1 | 25.0 |
| Upward Variance | 3 | 0.3 | 0 | 0.0 |
| Downward Variance | | | | |
| Government Motion | 156 | 17.4 | 3 | 75.0 |
| Non-Government Variance | 536 | 59.9 | 0 | 0.0 |
| **Average and Median Sentence Length[2]** | **Average Months** | **Median Months** | **Average Months** | **Median Months** |
| All Cases | 101 | 96 | 87 | 69 |
| Within Guideline Range | 159 | 151 | - | - |
| Downward Departure | | | | |
| §5K1.1 Substantial Assistance | 79 | 77 | - | - |
| Other Government Motion | 69 | 60 | - | - |
| Non-Government Departure | 97 | 96 | - | - |
| Above Range Variance | 215 | 204 | | |
| Downward Variance | | | | |
| Government Motion | 84 | 81 | 66 | 60 |
| Non-Government Variance | 92 | 88 | - | - |

[1]Only cases with complete guideline application information sentenced using a *Guidelines Manual* in effect November 1, 2004 and later were included in the analysis..

[2]Calculations of the average include sentences of probation as zero months and any term of confinement as described in USSG §5C1.1. The Commission does not report average sentence information for categories with fewer than three cases.

SOURCE: U.S. Sentencing Commission, 2015-2019 Datafiles, USSCFY15-USSCFY19