# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** 19-382 (KBJ) |
| | : | |
| v. | : | |
| | : | |
| **RYAN COOPER,** | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Ryan Cooper, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty: one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

## Statement of Facts

Between the dates of June 16, 2018 and July 22, 2018, the defendant, Ryan Cooper, using the screen/user name of "finestrawfucking," posted on his Tumblr[1] blog, which had a URL of "finestrawfucking.tumblr.com," nineteen images depicting child pornography. The images were focused on the children's genitals, buttocks, or anal areas. The defendant accessed Tumblr from an IP address of 73.87.241.90, which resolved to his home address.

---

1. Tumblr is a microblogging platform and social networking website. The service allows users to post multimedia – photos, videos, texts, quotes, links, music – and other content to a short-form blog. Users can "follow" other users' blogs. Many Tumblr blogs are public, but users can make their blogs private. User blogs and their content are maintained on servers owned and/or operated by Tumblr.

On July 23, 2018, Tumblr alerted the National Center for Missing and Exploited Children ("NCMEC") to the posts made by the defendant, and NCMEC alerted law enforcement. A member of the Metropolitan Police Department/Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force ("CEHTTF") viewed the defendant's blog post, as well as comments from other users who had viewed or commented on the post.

Between September 16, 2018 and October 25, 2018, the defendant used a second Tumblr account bearing screen name "ANNYOINGUNADULTERATEDADULTDREAMLAND" to again post images of child pornography on his assigned website/blog, which had a URL of "annoyinglyunadulterateddreamland.tumblr.com." The defendant did so from his same home IP address of 73.87.241.90. During this time period, the defendant posted a total of twenty-six files depicting pre-pubescent male children who were in some state of undress or completely nude. The boys depicted in the images all had light hair, and the majority of the images were focused on the boys' genitals, buttocks, or anal areas. Three of the images depicted minor male children sucking on erect penises.

On October 17, 2018, Tumblr alerted the NCMEC that the user of the Tumbler account "annoyinglyunadulterateddreamland.tumblr.com," later identified by the CEHTTF as the defendant, had posted the above-described child pornography. NCMEC alerted law enforcement.

Once the CEHTTF identified the defendant as the owner of the Tumblr accounst "finestrawfucking" and "annoyinglyunadulterateddreamland.tumblr.com," the CEHTTF obtained a search warrant from the United States District Court for the District of Columbia for the defendant's residence at 1332 Belmont Street, Northwest, #301, in Washington, D.C., where the

2

IP address used by the defendant to post the images of child pornography to Tumblr was registered.

Members of the CEHTTF executed the search warrant on February 19, 2019. The defendant was residing in the home at the time of execution of the search warrant. During the execution of the search warrant, members of the CEHTTF conducted a voluntary, non-custodial interview of the defendant. The defendant stated that he had resided at the home for several years, and that he had only stayed outside of the home from late 2017 until February 2018 due to work. The defendant provided his phone number and other identifying information tied to the above Tumblr accounts, though he claimed he did not remember using Tumblr or the last time he used Tumblr.

Several electronic devices were located in the defendant's bedroom and seized as evidence to be searched. Among these devices were a black Apple iPhone X and a silver Apple MacBook Pro. Once these devices were taken into evidence, a Special Agent at the United States Attorney's Office conducted preliminary forensic examinations of the contents of each of the above devices. The black Apple iPhone X recovered from the defendant's bedroom had a phone number of (978) 210-9996, which had been associated with the defendant's Tumblr account. Forensic examination revealed that the defendant had used that to access the Tumblr account "finestrawfucking" described above.

The Silver Apple Macbook Pro recovered from the defendant's bedroom was also used to visit the Tumblr website, including the Tumblr URL "finestrawfucking.tumblr.com." A search of the device's web history also led to the identification of numerous images of child pornography that had been viewed by accessing user accounts on Tumblr. These images of child

pornography were accessed on, among other user accounts, the defendant's account of finestrawfucking.Tumblr.com.

The defendant maintained a folder on the desktop of his device named "Untitled Folder." This folder contained hundreds of images and videos of child pornography, totaling over 600 images under the United States Sentencing Guidelines. The images and videos depicted primarily male children, ranging in age from pre-pubescent to teenaged, engaged in sexually explicit acts. Among the images and videos of child pornography were depictions of sadomasochism, including sexually explicit images depicting bondage of young children. The following videos are examples of those in the "Untitled Folder":

- A video depicting a fully nude, pre-pubescent male squatting over top of a plastic water bottle; the child squats down and forces the top of into his anus.

- A video depicting a pre-pubescent male laying on a couch with an adult male. The child and adult remove their clothes, and then penetrate each other's mouths with their penises at the same time.

- A video depicting two fully nude minors, one of which is pre-pubescent, engaged in oral and anal sex with each other. The pre-pubescent boy is observed being penetrated anally and orally by the older boy's penis.

Also included among the images located on the defendant's computer were the same images that had been posted to Tumblr via the URLs identified by Tumblr, "finestrawfucking' and "annoyingunadulterateddreamland."

On June 5, 2019, the CEHTTF received a return on a search warrant for the contents of the defendant's Tumblr accounts. Contained therein were hundreds of images and videos

depicting child pornography, including images depicting prepubescent minors engaged in sexually explicit conduct.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              ACTING UNITED STATES ATTORNEY

                              _____
                              Nicholas G Miranda
                              Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/8/21

Ryan Cooper
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/8/21

Jonathan Jeffress, Esq.
Attorney for Defendant